

FILED ENTERED
LODGED RECEIVED
JUL 2 4 2002
AT BALTIMORE
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

ORIGINAL

Michael Shields *

Plaintiff(s) *

Case No.: MJG-02-CV-1783

vs. *

Federal Express Corporation and Patrick Quirke *

Defendant(s)

******

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND
2002 JUL 30 P 3
CLERK'S OFFICE
AT BALTIMORE
BY DEPUTY

## MOTION FOR ADMISSION *PRO HAC VICE*

I, Eric Hemmendinger, am a member in good standing of the bar of this Court. My bar number is 2050. I am moving the admission of Mary Jane Palmer to appear *pro hac vice* in this case as counsel for Federal Express Corporation and Patrick Quirke.

We certify that:

1. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| Court | Date of Admission |
|---|---|
| See attached list | |
| | |
| | |
| | |
| | |
| | |

2. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

3. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied

admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts).

4. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

5. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

6. Either the undersigned movant or N/A, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

7. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| [signature] | [signature] |
| Signature | Signature |
| Eric Hemmendinger | Mary Jane Palmer |
| Printed Name | Printed Name |
| Shawe & Rosenthal, LLP | Federal Express Legal Department |
| Firm | Firm |
| 20 South Charles Street, 11th Fl.<br>Baltimore, MD 21201 | 3620 Hacks Cross Bldg. B, 3rd Fl.<br>Memphis, TN 38125 |
| Address | Address |
| 410-752-1040 | 901-434-8555 |
| Telephone Number | Telephone Number |
| 410-752-8861 | 901-434-9271 |
| Fax Number | Fax Number |

Prid 290023
Plid 83183

Jok

****************************************************************************

**ORDER**

☑ GRANTED ☐ DENIED

7-30-02
Date

**Felicia C. Cannon**
by [signature]
**Clerk, United States District Court**

**MARY JANE PALMER**

**TENNESSEE BAR NO. 017511**

**ACTIVE COURT ADMISSIONS - IN GOOD STANDING**

Supreme Court of Tennessee, October 31, 1995

U.S. District Court for the Western District of Tennessee, October 31, 1995

U.S. District Court for the Eastern District of Tennessee, January 28, 1999

U.S. District Court for the North District of Mississippi, May 20, 1998

U.S. District Court for the Southern District of Mississippi, May 20, 1998

U.S. District Court for the Northern District of Illinois, July 22, 1998

U.S. Court of Appeals for the 8th Circuit, April 27, 1998

U.S. Court of Appeals for the 6th Circuit, May 26, 1998

U.S. Court of Appeals for the 3d Circuit, May 27, 1998

U.S. Court of Appeals for the 9th Circuit, Nov. 19, 1998

U.S. District Court of Arizona, January 19, 1999

U.S. District Court for the Middle District of Tennessee, May 22, 2001

U.S. Court of Appeals for the 4th Circuit, May 22, 2002