UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | | |
|---|---|---|
| Michael Shields, | * | |
| Plaintiff, | * | Civil Action. No. MJG 02CV1783 |
| vs. | * | |
| Federal Express Corporation, et al. | * | |
| Defendants | * | |

## ORDER

UPON CONSIDERATION of Plaintiff's motion for Extending the Deadline for Joinder of Additional Parties and Amendment of Pleadings, it is this _26th_ day of _August_, 2002 hereby

ORDERED that the Deadline for Moving for joinder of additional parties and amendment of pleadings is September 4, 2002. _The Court will consider any objection to the addition of particular parties in due course._

_____
Marvin J. Garbis
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| Michael Shields, | * |
| Plaintiff, | * Civil Action. No. MJG 02CV1783 |
| vs. | * |
| Federal Express Corporation, et al. | * |
| Defendants | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR EXTENDING DEADLINE FOR JOINDER OF ADDITIONAL PARTIES AND AMENDMENT OF PLEADINGS

Plaintiff, Michael Shields, by and through his attorneys, Brian K. McDaniel and Kevin L. Chapple, MOVES this Honorable Court to extend the deadline for joinder of additional parties and amendment of pleadings and states the following:

1. This Honorable Court set August 15, 2002 as the deadline for joinder of additional parties and amendment of pleadings.

2. Recently Plaintiff has become aware of several current and former Federal Express employees all of whom have similar Title VII claims against the Defendant Federal Express.

3. Each of the above-mentioned current and former Federal Express employees are in the process of obtaining a Right-To-Sue notice from the U.S. Equal Employment Opportunity Commission.

4. Plaintiff requests an extension of the deadline for joinder of additional parties and amendment of pleadings to September 4, 2002 so the above-mentioned current and former Federal Express employees may obtain a Right-To-Sue notice from the U.S. Equal Employment Opportunity Commission.

WHEREFORE Plaintiff respectfully requests this Honorable Court to grant his motion for Extending Deadline for Joinder of Additional Parties and Amendment of Pleadings.

Respectfully Submitted,

Brian K. McDaniel, Esq.
Kevin L. Chapple, Esq.
1211 Connecticut Avenue, NW
Suite 303
Washington, DC 20036
(202) 331-0793
Attorneys for Plaintiff Michael Shields

CERTIFICATE OF SERVICE

I HEREBY certify that on this 15th day of August 2002, I served a copy of the foregoing document by U.S. mail to Eric Hemmendinger, Esq., Shawe & Rosenthal, 20 S. Charles Street, Baltimore, MD 21201.

Brian K. McDaniel, Esq.