### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MARYLAND
### (Civil Division)

| | | |
|---|---|---|
| **MICHAEL SHIELDS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **CIVIL ACTION NO. MJG 02CV1783** |
| | ) | |
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| **AND PATRICK J. QUIRKE,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

---

### DEFENDANTS, FEDERAL EXPRESS CORPORATION'S AND PATRICK J. QUIRKE'S, MOTION FOR SUMMARY JUDGMENT

---

### INTRODUCTION

Defendants, Federal Express Corporation ("FedEx") and Patrick J. Quirke, file this motion for summary judgment pursuant to Federal Rule of Civil Procedure 56(c). Individual Defendant Quirke is entitled to summary judgment because there is no individual liability under Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq.* Both Defendants are entitled to judgment as a matter of law because: Plaintiff failed to exhaust his administrative remedies with respect to his harassment claim under Title VII, Plaintiff cannot establish a *prima facie* case of race discrimination, retaliation or harassment under Title VII, Plaintiff cannot establish pretext as necessary to avoid summary judgment on his race discrimination and retaliation claims, and Plaintiff cannot demonstrate that FedEx failed to make good faith efforts to comply with Title VII, as necessary to pursue his punitive damages claim. A memorandum of law setting forth the factual and legal bases for this motion is being filed contemporaneously herewith.

WHEREFORE, Defendants request that this Court grant their motion for summary judgment in its entirety.


DATED:       March 12, 2003


                          Respectfully submitted,


                          _____/s/_____
                          Mary Jane Palmer
                          Federal Express Corporation
                          Senior Attorney
                          3620 Hacks Cross
                          Building B, 3rd Floor
                          Memphis, TN  38125


                          _____/s/_____
                          Eric Hemmendinger
                          SHAWE & ROSENTHAL, LLP
                          Sun Life Building, 20 South Charles Street
                          Baltimore, MD  21201
                          410-752-1040-Telephone
                          410-752-8861-Facisimile


## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS' MOTION FOR SUMMARY JUDGMENT** was electronically filed in this case on the 12th day of March 2003.  In the event that counsel for Plaintiff is not registered with the Court, a paper copy will be served upon Brian K. McDaniel, and Kevin L. Chapple, 1211 Connecticut Avenue, NW, Suite 303, Washington, DC 20036, via U.S. Mail, postage prepaid on the 12th day of March, 2003.


                          _____/s/_____

469639