IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| **AND PATRICK J. QUIRKE** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS, FEDERAL EXPRESS CORPORATION'S AND PATRICK QUIRKE'S, MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT**

**TABLE OF CONTENTS**

Introduction ....................................................................................................................................1

I.   Statement of Undisputed Facts ..............................................................................................1

II.  Summary Judgment Standard ..............................................................................................13

III. Pat Quirke is Not a Proper Defendant..................................................................................13

IV.  Plaintiff Failed to Exhaust His Administrative Remedies With
     Respect to His Claim of Racial Harassment .......................................................................13

V.   Plaintiff's Race Discrimination Claim Should be Dismissed
     As a Matter of Law. ............................................................................................................14

     A.  Plaintiff Cannot Establish that the was Disciplined More Severely
         than Similarly Situated Non-African American Employees .....................................15

         1.  Caucasian Senior Managers Reporting to Quirke
             were not Similarly Situated to Plaintiff .............................................................21

2. Assuming, Arguendo, that Hergesheimer and Barnes were Similarly Situated to Plaintiff, Plaintiff Cannot Demonstrate that they were Treated more Favorably..............................................25

B. Plaintiff Cannot Establish that FedEx Subjected Him To an Adverse Action ...............................................................................................25

VI. Plaintiff Cannot Establish a Prima Facie Case of Retaliation........................................27

A. Protected Activity ...............................................................................................27

B. Casual Connection..............................................................................................30

VII. Plaintiff Cannot Demonstrate Pretext ............................................................................31

VIII. Plaintiff Cannot Demonstrate a Prima Facie Case of Harassment Under Title VII ............................................................................................................32

A. Plaintiff Cannot Establish Severe or Pervasive Harassment...............................33

B. Plaintiff Cannot Establish Harassment Based on Race.......................................34

IX. Plaintiff's Punitive Damages Claims Should be Stricken...............................................34

CONCLUSION.............................................................................................................35