IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| **AND PATRICK J. QUIRKE,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' NOTICE OF FILING OF LENGTHY EXHIBITS**

Exhibits 1, 3 and 13, which are attachments to Defendants, Federal Express Corporation's and Patrick J. Quirke's, Memorandum in Support of Motion For Summary Judgment exist only in paper format and if scanned will be larger than 1.5 MB. They will be filed with the Clerk's office in paper format.

I certify that within 24 hours of the filing of this Notice, I will file and serve paper copies of the documents identified above.

March 12, 2003                             /s/
Date

Eric Hemmendinger   02050
Printed Name         Bar Number

SHAWE & ROSENTHAL, LLP
Sun Life Building, 20 South Charles Street
Baltimore, MD  21201
410-752-1040-Telephone
410-752-8861-Facisimile

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS' NOTICE OF FILING OF LENGTHY EXHIBITS** was electronically filed in this case on the 12th day of March 2003. In the event that counsel for Plaintiff is not registered with the Court, a paper copy will be served upon Brian K. McDaniel, and Kevin L. Chapple, 1211 Connecticut Avenue, NW, Suite 303, Washington, DC 20036, via U.S. Mail, postage prepaid on the 12th day of March, 2003.

/s/

doc 470226