# EXHIBIT 2


Federal Express



Jeffrey E. Brown
Managing Director

Fed Express Corporation
1010 North Glebe Road, 3rd Floor
Arlington, VA 22201

Telephone 703-469-2416
Fax 703-522-5427

January 19, 2000

Exhibit # 4 for JO
Date: 1/9/03
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

Mr. Michael Shields
10001 Goose Pond Ct.
Laurel, MD 20708

Dear Michael,

I am pleased to offer you the position of Senior Manager of BCBA (GL 29) effective January 15, 2000. Your monthly salary will be $5557.00 per month. In addition to your base salary, this position does offer a 10% premium market GPD which will show as a separate line item on your paycheck.

You will need to remain in this position for 24 months.

Please indicate your acceptance of this offer by signing this original letter as indicated below and returning the original to my office as soon as possible. A copy of this letter is enclosed for your personal records.

I'm excited to have you join the BCBA facility staff. Feel free to contact me if you have any questions.

Sincerely,

*J. E. Brown*

Jeffrey E. Brown
Managing Director
Capital District

I accept this position and its term as outlined in this letter.

Signature: _____   Date: _____

Cc: John Formisano

/jdp

FEC 00761