# EXHIBIT 4





INTER-OFFICE MEMORANDUM

DATE:   December 19, 1997                    TO: Michael Shields

FROM:   Mike Reed                            cc: Rick Schneider

RE:     Verbal Counseling
        PRISM Exception

The current month's PRISM report reflects that you have nine (9) past due Performance Reviews. As you already know, you are solely responsible for ensuring that all Performance Reviews and Merit Reviews are completed no later than the month that they are due, and that you ensure these documents are received by PICC and entered into the system.

During the month of December, the Michigan District had 43 late Performance Reviews! This level of performance is unacceptable and must be corrected immediately. To this end, I am requesting that you and your Managers complete all Performance and Merit Reviews by the 21st of each month. Additionally, I am requesting that you forward an E-Mail to Mary Ann LaVoie at the District Office by the 25th of each month indicating that all PRISM Reviews have been completed. I am confident in your ability to achieve high results and remain committed to assisting you in any manner possible.

Please be advised that while this memorandum represents the first step of the Performance Improvement Procedure (Written Counseling/Discussion), any future occurrences of past due Performance and/or Merit Reviews will result in further Performance Improvement action being taken.

Regards,

_(signature)_

Michael A. Reed
Managing Director
Michigan District
Phone: 810/489-7710
COMAT: 48331/DEOHQ/MI

Exhibit # 7 for DO
Date: 1/4/03
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

FEC 00520

19-265