# EXHIBIT 5



Federal Express Corporation
Michigan District Office
30833 Hills Tech Drive
Farmington Hills, MI 48331



## INTER-OFFICE MEMORANDUM

DATE: June 29, 1998

FROM: Michael A. Reed

RE: Written Counseling
Safety Topic Compliance

TO: Michael Shields

cc: File

In reviewing the June Safety Recap for the Michigan District, it indicates that your location's Safety Topic compliance was below established district goal. You are responsible for achieving, at a minimum, a compliance rate of 98% on or before the 15th of each month. As of June 25, GRR is at 90% and MKG is at 72%.

The material covered in the monthly Safety Topics publication is of vital importance to our employees' overall safety and performance. Failure to take the time to communicate this valuable information has a detrimental effect on the success of your station, the district and the region. You need to take the necessary steps to avoid this type of occurrence in the future by using the tools at your disposal to meet the goal.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step I of the Guaranteed Fair Treatment Procedure. You must submit your electronic request within five (5) calendar days through the GFTPP screen in PRISM. This information will be received by Matthew Thornton (Regional Vice President), Dave Rebholz (Senior Vice President), and Personnel.

*Michael Reed/mal*

Michael A. Reed
Managing Director
Michigan District
Phone: 248/489-7777
COMAT: 48331/DEOHQ/MI

Exhibit #: 8 for JD
Date: 1/4/03
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

I have read and understand the contents of this letter:

_____    _____
Signature                              Date

FEC 00519    19-264