# EXHIBIT 6

 

INTER-OFFICE MEMORANDUM

| | | | |
|---|---|---|---|
| DATE: | July 24, 1998 | TO: | Michael Shields |
| FROM: | Michael A. Reed | | |
| | | Cc: | File |
| SUBJECT: | LETTER OF CONCERN (PERFORMANCE) | | |

I am deeply concerned about your station's performance in several key areas that you have direct control over. While I realize that there are many challenges that you face on a daily basis, the need to focus your attention on key performance areas and to establish high leverage actions to improve performance are critical to your overall success as a Senior Manager. With this in mind, please consider the following areas that require your immediate attention and involvement:

- International errors in the month of June were 30 on a volume of 5381 or a frequency of 1:179.
- Average daily controllable failures for the (13) week period 4/24/98 – 7/17/98 were as follows: WDLs = 5 and RDLS = 8. Origin caused WDLs for the same period were 33 per day. Pickup Service was 99.14% and Missort Frequency was 1:910.
- U.S. Scan Index for the (13) week period was 99.3%, which is significantly below the goal of 99.8%. Batch compliance was 99.77% vs. a goal of 99.8%.
- Average daily FOP FTE potential for the (13) week period 4/10/98 – 7/11/98 was 7.13. You must get down to 1 or less FOP FTE potential.
- Ensure 100% compliance on Safety Topic by the 15th of each month.
- Ensure 100% compliance on all PRISM related items each month

While the above mentioned performance areas are not all inclusive of what you are responsible for managing, they do represent those areas that I want you to provide sufficient focus in order to achieve excellent results. To this end, I would like for you to contact Mary Ann Lavoie to schedule a follow-up meeting or call with me, within the next 3 weeks, to discuss your plans and progress in the area mentioned above. During our meeting I would like for you to address the PIP initiatives underway to improve performance in these key areas.

Exhibit # 9 for F-D
Date: 1/4/03
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

FEC 00517

19-262

I am completely confident in your ability to provide direction and leadership to your managers and employees and know that you will be successful if you continue to focus on the right things. Should you have questions or concerns then please let me know.

Regards,

*[signature]*

Michael A. Reed
Managing Director
Michigan District
(248) 489-7710
COMAT: 48331/DEOHQ/MI