# EXHIBIT 7




Federal Express Corporation
Michigan District
36855 Hills Tech Drive
Farmington Hills, MI 48331

### INTER-OFFICE MEMORANDUM

DATE:   February 2, 1999                          TO: Michael Shields

FROM:   Michael Reed                              cc: Matthew Thornton III

RE:     Written Counseling

On January 30, 1999, your stations (GRR and HLM) failed to enter a sort delay by 0900 and MKG entered incorrect uncontrolled sort delay minutes as required by our standard operating procedure. Your responsibility has been clearly communicated on several occasions, yet there seems to be a lack of control on your part to ensure that this function is performed accurately and on time by the appropriate personnel.

You are being issued this performance counseling as your performance in this area is currently unacceptable and must be improved without further delay. I expect you to take the following actions immediately after receiving this correspondence:

1. Determine who failed to perform to standard.
2. Issue the appropriate employee or manager a Written Counseling.
3. Send a copy of the Written Counseling to the District Office NLT 2/4/99.

I have every confidence in your ability to improve your performance and expect that you will be at 100% compliance from this point forward.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step I of the Guaranteed Fair Treatment Procedure. You must submit your electronic request within five (5) calendar days through the GFTPP screen in PRISM. This information will be received by Matthew Thornton (Regional Vice President), Dave Rebholz (Senior Vice President), and Personnel.

*[signature]*

Michael A. Reed
Managing Director
Michigan District
Phone: 248/489-7777
COMAT: 48331/DEOHQ/MI

Exhibit # 11 for ID
Date: 1/4/03
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

FEC 00515    19-260