# EXHIBIT  8





Federal Express

## INTEROFFICE MEMORANDUM

DATE:        February 29, 2000            TO:    Michael Shields

FROM:       Jeffrey E.Brown               cc:    John Formisano
                                                   Gay Burvis

SUBJ:        *Documented Counseling – GFTP packets*

Michael,

GFTP packets are required per policy to be in the Managing Director's office 24 hours prior to the employee's Step I hearing. This gives the Managing Director the opportunity to be familiar with all the issues involved with the GFTP. On today you had a GFTP hearing scheduled and I did not have the GFTP packet in my office.

Your failure to provide the Managing Director with an employee's GFTP packet prior to 24 hours of the scheduled Step I hearing will result in further disciplinary action in the form of a Performance Reminder.

If you need assistance with GFTP packets please do not hesitate to contact my assistant Janice or Gay Burvis who will be more than happy to assist you or your management team.

Sincerely,

Jeffrey E. Brown
Managing Director
Capital District

/jap

I have read and understand the contents in this memo.

_____                    _1942__
Michael Shields                                      Date

Exhibit #: _12 for 50_
Date: _1 / 4 / 03_
            Stephanie House
         Al Betz & Associates, Inc.
      (410) 752-1733 / (410) 875-DEPO

FEC 00514