# EXHIBIT 9





INTER-OFFICE MEMORANDUM

DATE:   March 29, 2000                    TO:   Michael Shields

FROM:   Jeffrey E. Brown

RE:     **Past Due Prism**

Michael,

I am extremely disappointed in the district's prism performance in February. The Capital District had 3 past due reviews and 32 late DOT items. This is the worst performance since we began our new tracking system in August.

The fact the region is no longer tracker prism compliance does not make it any less important. Managers are required to have all the proper paperwork for employees, and to give them timely feedback. I have empowered your management team to work through issues with out interference. They have told us that our reporting systems were distracting them from getting their work done. Prism compliance is one of the basics of the manager's jobs.

I hope that this poor performance is not indicative of misunderstanding the new empowerment message. You should not accept performance at this level. I certainly cannot accept this from the BCBA Station.

Sincerely,

*J. E. Bro*

Jeffrey E. Brown
Managing Director
Capital District

/jdp

Exhibit # 13 for ID
Date: 1/4/03

Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

FEC 00513

19-258