# EXHIBIT 10


**Fed**
Federal Express



### INTEROFFICE MEMORANDUM

| | | | |
|---|---|---|---|
| DATE: | June 9, 2000 | TO: | Michael Shields |
| FROM: | Jeffrey E. Brown | | |
| RE: | Missorted Freight | | |

Michael, effective immediately, any/all freight that arrives in your location destined for another location must be sent to the specific location immediately, this includes freight for our sister districts. Over the past two weeks, the Capital District has received freight via the IADR destined for locations in the Chesapeake District that was not moved to their locations until the missort exchange. This is an unacceptable practice and will be addressed through performance improvement. I have addressed this issue on numerous occasions and we are still experiencing problems moving the freight. Effective immediately, the following is to occur:

- Ensure a visual inspection is completed on all doc bags/boxes being dumped into your primary sorts.
- If freight is discovered, immediately contact the specific location to notify them.
- Record the name and position of the person you contacted.
- Immediately apply appropriate scans to all freight.
- Immediately dispatch a driver to the location with the freight.
- If no drivers are available, have a manager deliver the freight.
- Record the time the freight was discovered and sent to the appropriate location.
- Email the location's Senior Manager, M.D., SAM and myself with specific details on the freight, i.e. where it originated, number of pieces, time discovered, time sent to the location and corrective action.

This is standard operating procedures for all districts to follow. I expect you to communicate this information to all Ops Managers and station SALs not later than Tuesday, June 13, 2000. You need to create a memo to all managers a.m. and p.m. and have them sign off stating they are fully aware of all procedures. Please retain a copy of their memo for your files and copy me not later than Thursday, June 15, 2000.

Again, this will be the Capital District's standard procedure effective immediately. It is only fair that proper and timely notification is given to your peers. If you have any questions or need further details, do not hesitate to contact me, I am always available to assist.

Regards,

*[signature]*

Jeffrey E. Brown
Managing Director
Capital District

/jdp

Exhibit # 14 for ID
Date: 1/4/23
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

I have received and fully understand the contents of this memo.

*[signature]*            6/12/00
Michael Shields          Date