# EXHIBIT 11

# INDIVIDUAL PERFORMANCE AND CONTRIBUTION DISCUSSION FORM
## MANAGEMENT

Complete the "bubble" sections, neatly darkening in the circles.

| Employee Number | First Letter of Last Name | Second Letter of Last Name | Rating Period From Month | Year | To Month | Year | Overall Rating |
|---|---|---|---|---|---|---|---|
| 0 1 9 4 2 9 | S | H | 09 | 98 | 09 | 99 | 2.5 |

| Employee Name | Employee Number |
|---|---|
| MICHAEL SHIELDS | 19429 |

| Job Title | Rating Period |
|---|---|
| SENIOR MANAGER | 9/98 - 9/99 |

| Manager Name | Manager Employee Number |
|---|---|
| CATHERINE WALTON | 40699 |

| Category | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | OVERALL RATING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Rating | 2 | 4 | 2 |  | 3 | 3 | 2 | 3 | 2 | 3 | 2.5 |

I have participated in this discussion with my manager.

*[signature]*    9/30/99

I have participated in this discussion with this employee.

*[signature]*    9/30/99

PR        0401 04



DEPOSITION EXHIBIT
Shields #39

## PERFORMANCE AND CONTRIBUTION CATEGORIES

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | ☒4 | 3 | 2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**1. Results for Single Most Critical Work Objective**
Specify objective at the beginning of the review period.

Cost Per Package

| Operations Management | or | Staff Management |
|---|---|---|
| **2. Safety Performance**<br>• Worker injury rate<br>• Vehicle accident rate<br>• Safety compliance | | **2. Results for all other Work Objectives (Overall MBO Performance)** |

COMMENTS/DOCUMENTATION:

Michael was given the benefit of doubt in his cost per package for the host location. He has implemented processes that should increase the productivity & decrease the cost per package.

COMMENTS/DOCUMENTATION: 1st Quarter
7400

Accidents       Goal/Actual
HRR             16.02   11.64
HLM             23.07    0
MKA             16.37   14.18

Injuries
HRR             18.52   14.87
HLM             20.20   19.88
MKA             13.45    0.00

All the stations have active SLIT teams

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | 2 | ☒1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**3. Planning and Organizing**
  **Long Range**
  • Plans the future of work unit.
  • Projects resource needs (e.g., manpower, facilities, equipment).
  • Assesses which activities the unit needs to be engaged in.
  • Formulates and evaluates new and innovative concepts and approaches.
  **Short Range**
  • Formulates and meets schedules.
  • Establishes work objectives, goals, and priorities.
  • Uses Corporate, divisional, or departmental objectives (MBO/PBO process) as appropriate to set objectives for work unit.
  • Organizes the flow and distribution of work.
  • Schedules work hours, overtime, vacations, leave days.
  • Integrates corporate strategies and goals into plans of work unit.
  • Generally avoids "crisis" types of activities.
  • Prepares and maintains accurate and timely records and paperwork.

**4. Judgement and Decision Making**
  • Makes decisions dealing with abstract and unstructured problems.
  • Interprets policy where no precedent exists and applies Federal Express policy in a consistent fashion.
  • Recommends action on critical, broad-based matters.
  • Makes decisions based on logic, factual information, consideration of human factors, and consequences of decisions.
  • Makes use of past experience and information to bring perspective to present situations.
  • Makes decisions or takes action consistent with authority and responsibility.
  • Applies advanced concepts, theories, principles, and methods to problems, issues, questions, or policies.
  • Makes sound financial decisions which positively affect the performance of department/district/Company.
  • Reviews operation and implements appropriate controls.

COMMENTS/DOCUMENTATION: Productivity
Michael was given the benefit of doubt in this category. He has moved the station hound'd during the past two years. Mike is very strong operationally. The implementation of attention tests fell on productivity because of the learning curve of the

COMMENTS/DOCUMENTATION: Mike has good judgment. This category relate to the corporate audit. He needs to follow-up on the corporate audit items identified during the last review.

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 |
|---|---|---|---|---|---|

**9. Oral and Written Communication**
- Picks the most appropriate method and channel of communication.
- Presents and expresses information orally in a clear, concise manner.
- Listens to ensure understanding of issues and points of view.
- Presents and expresses information efficiently and clearly in writing.
- Tailors communication to the person or audience being addressed.
- Returns phone calls promptly.

COMMENTS/DOCUMENTATION

Mike usually get his suspense in on time. Need to continue to focus on the 7DP & work with Managers to improve the quality of the 7TP package.

| PERFORMANCE AND CONTRIBUTION RATING | 4 | ☒3 | 2 | 1 | 0 |
|---|---|---|---|---|---|

**10. Self-Development and Appraisal**
- Analyzes own performance strengths and weaknesses.
- Solicits/accepts feedback from superiors and subordinates (SFA).
- Establishes plans and takes action to improve weaknesses or upgrade skills.
- Improves own capabilities to meet changing demands and job requirements.
- Watches appropriate FXTV programs.
- Completes all mandatory training.

COMMENTS/DOCUMENTATION

Need Mike to drive the A.M. Sort Performance of the district.

## PERFORMANCE PLANNER

In this section, you are to work with your staff member on a developmental plan to improve areas of performance concern and/or to acquire knowledge, skills, or abilities for future growth opportunities.

| Performance Areas Where Improvement Is Needed Or Future Growth Opportunities | Knowledge, Skills, Or Abilities That Must Be Developed To Result In The Improvement Or Future Growth | Developmental Activities/ Assignments | Projected Implementation Date (Month/Year) | Projected Completion Date (Month/Year) |
|---|---|---|---|---|
| 4. All Corporate items must be in compliance with the Best Practice & Policies during the second audit review. | | | | |

| PERFORMANCE AND CONTRIBUTION RATING | 4 | ☒(3) | 2 | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | 4 | ☒(3) | 2 | 1 |

### 5. Employee Selection, Development, and Affirmative Action
- Recruits, screens, interviews, and conducts reference checks.
- Selects applicants who are well-suited for their position.
- Considers affirmative action plan when making selection/promotion decisions.
- Documents good faith efforts toward achievement of affirmative action goals.
- Ensures orientation is properly conducted.
- Coaches, advises, and teaches subordinates as appropriate with remedial activities, delegation, or appropriate developmental activities/plans.
- Gets subordinates to use reasoning and evidence, rather than unsupported opinion.
- Fully supports LEAP program.
- Identifies training, job assignments, and special programs to develop employees for promotional opportunities, with special emphasis on development of minorities and females.
- Establishes training programs for staff development.
- Treats each subordinate individually.

COMMENTS/DOCUMENTATION: Mike has implemented a process with the Admin Manager to track his Prism items. He is implementing controls to ensure categories of Employment Compliance.

### 6. Employee Direction, Motivation, and Communication
- Uses the MBO/PBO process to successfully monitor subordinates' objectives.
- Expresses appreciation for a job well done.
- Communicates job responsibilities, policies, procedures, safety practices and standards, and equipment use.
- Encourages subordinates to be enthusiastic or motivated about their assignments.
- Listens to subordinates about individual problems, needs, and concerns.
- Provides regular feedback and minimizes surprises at performance reviews.
- Maintains and promotes positive attitudes, morale, and productivity within and between groups and teams.
- Assists members with overcoming liaison and coordination difficulties within and between groups and teams.
- Manages conflict effectively.

COMMENTS/DOCUMENTATION: There is improvement in Frontkeeper Participation in all three stations. Opportunities to increase Checksides Hours per Manager. Frontline compliance is usually 100%. The Station is following the bytes communication plan.

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒(2) | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | 4 | ☒(3) | 2 | 1 |

### 7. Quality Management, Customer Service, and Sales
- Provides leadership for quality measurement and improvement.
- Applies Quality concepts, principles, and methods to problems and issues.
- Develops climate that encourages improvement, innovation, and employee empowerment.
- Minimizes requests for additional personnel through productivity enhancements
- Inspects and keeps working environment safe and clean.
- Preserves Company assets and reduces waste.
- Promotes the Company and its services.
- Understands and responds to customer needs.
- Seeks feedback on the performance of work unit.
- Handles customer complaints about service.

COMMENTS/DOCUMENTATION: Mike is given the benefit of doubt in this category. He has an excellent A.M. Sort & is positioned to provide excellent service. He must continue to focus his Managers on Service & Quality.

### 8. Leadership
- Stands up and persists for his/her ideas with logical, factual, information even if the ideas are unpopular.
- Gives candid feedback to subordinates and superiors.
- Follows through on assignments without prompting.
- Takes responsibility for actions and accepts responsibility for mistakes
- Works with little contact or minimal direction from manager.
- Demonstrates a belief in the value of each individual regardless of their background (race, sex, ethnic group, educational level, or position).
- Maintains the special trust and confidence required of Federal Express management.
- Gains and maintains mutual trust and respect with others.

COMMENTS/DOCUMENTATION: Mike is an excellent operator. He gives candid feedback & has a Commitment to excellence. He is respected & trusted by his Peers and Managers. He needs to continue to coach his Managers to get them off the road — need to create a Manager's mindset for his Managers.

M-1150 106432 3/96 SRC