# EXHIBIT 12

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** | ) |
| **Plaintiff,** | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| **AND PATRICK J. QUIRKE** | ) |
| **Defendants.** | ) |

### DECLARATION OF CISSY R. BRASLOW

I, Cissy R. Braslow, declare:

1. I am over the age of eighteen (18) and I am a Senior Paralegal for FedEx Express (d/b/a Federal Express) Corporation ("FedEx"). As such, I have personal knowledge of the facts stated herein. I am a custodian of records for FedEx. I am competent to give testimony and, if called to give testimony, would testify to the facts stated below.

2. Attached hereto as Attachment A is a true and correct copy of the October 5, 1998 letter of counseling issued to Michael Shields, kept in the ordinary course of FedEx business.

I declare under penalty of perjury, pursuant to 26 U.S.C. § 1746, that the foregoing statements are true and correct.

FURTHER DECLARANT SAITH NOT

EXECUTED at _Memphis, TN_ this _27_ th day of February, 2003.

_____
CISSY R. BRASLOW

467747

Federal Express Corporation
Michigan District
38855 Hills Tech Drive
Farmington Hills, MI 48331

 

INTER-OFFICE MEMORANDUM

DATE:    October 5, 1998                                TO: Michael Shields

FROM:    Mike Reed

RE:      Letter of Counseling

Your stations' performance in the following categories was below goal for the month of September:

    U.S. Scan Index     - Act = 99.36% (GRR) and 98.16% (MKG) vs. plan of 99.5%
    Missort Frequency  - Act = 839.31 (MKG) vs. plan of 1:1200

Your immediate attention to improve performance in these key performance indices is required to avoid more aggressive PIP action being taken for October's performance. I would like you to revisit and review your station's action plans, clearly identify the root causes, and take the necessary actions to remedy the deficiencies as noted.

I have every confidence in your ability to obtain outstanding results and will make myself available to assist in any way possible.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step I of the Guaranteed Fair Treatment Procedure. You must submit your electronic request within five (5) calendar days through the GFTPP screen in PRISM. This information will be received by Matthew Thornton (Regional Vice President), Dave Rebholz (Senior Vice President), and Personnel.

Regards,

*[signature]*

Michael A. Reed
Managing Director
Michigan District
Phone: 810/489-7710
COMAT: 48331/DEOHQ/MI

I acknowledge receipt of this letter and understand its contents:

_____          _____
Michael Shields                                 Date

**ATTACHMENT A**

3-353