# EXHIBIT  14

## MDS/BCBA PSP PLAN OF ATTACK

### PEOPLE:

A.  Skip Levels Monthly (10/20/00)

B.  Individual Work Group Meeting (11/15/00)

C.  State of the Station Monthly Recap (15th of Each Month)

D.  Employee Recognition Monthly (1001 Ways)

E.  QAT Teams

    1.  Scheduling

    2.  Training

    3.  Station Improvements

    4.  Team Leaders

F.  TLA'S

    1.  Senior Vs Employees

    2.  Managers Vs Employees/2 Documented TLA's weekly (15 to 30 minutes each)

        a.  How do you want to be managed?

        b.  How am I doing?

        c.  How can I do it better?

G.  Two Weekly CheckRides/Relationship Building

Exhibit #___15 for JO___
Date:___1/4/03___
Stephanie House
*Al Betz & Associates, Inc.*
*(410) 752-1733 / (410) 875-DEPO*

FEC 00327

H.    Managers Weekly WorkGroup Meetings (Published and Posted Weekly

I.    Progress Report to MD Monthly by the 10th for the Previous Monthly

## SERVICE:

A.    Checkrides/Relationship Building
B.    Route Restructuring
C.    Team Leaders Implementations/Meeting
D.    Manager's Service Recap/Action →

*Better Scheduling/Compass Person*

## PROFIT:

A.    CheckRides/Relationship Building
B.    Manager Presentations/Recap for previous week (PSP
C.    Overtime/FTE Reduction → →
  1.    Eliminate Splits
  2.    Continued Hiring & Retention Efforts
  3.    Fulltime Opportunities

_____    __10/13/00__
Signature                          Date