# EXHIBIT 15



INTEROFFICE MEMORANDUM

DATE:  October 17, 2000            TO:   Michael Shields

FROM:  Patrick J. Quirke

RE:    *Performance Planner*

Michael,

After discussing the P-S-P performance of the BCB station and reviewing your plans for improvement, I have encapsulated the meeting topics into this document.

### PEOPLE
You will be holding a series of meetings during the next thirty days. You will hold a "town hall" style meeting similar to the one I recently held on Saturday, October 29, 2000. The purpose of this meeting is to reestablish the lines of communication within the BCB station. You will have completed meetings with the individual workgroups by November 15, 2000, and you will have subsequent monthly skip level meetings and state of the station meetings by the 15th of each month, with published minutes and action plans as necessary.

You will be required the managers to hold two documented TLAs per week as well as performing at least two checkrides per week.

Each manager's weekly workgroup meeting minutes will be published and posted after the meeting, and the managers will be responsible for submitting a PSP progress report to you by the 10th of the month recapping the previous month.

### SERVICE
BCB will begin route restructuring, using the teamleaders and courier coaches in conjunction with the managers. This approach will be taken with the scheduling of employees also. Managers will be required to provide you with a daily service recap with any remedial/follow-up actions regarding improved service. There will be specific focus on Monday-Saturday service levels, with continued focus on the night operation.

Quality action teams will be formed NLT November 1st to address the accident/injury performance at BCB as well as using the courier coaches to checkride the new employees. Louise Pisauro and Dan Conners will be the primary "hiring" and training managers, and a team of frontline employees will be in place by October 30th to evaluate and suggest station improvements regarding PSP.

### PROFIT
Managers will begin recapping their performance each week in your staff meetings, and you will be taking remedial action with them as necessary. They will be held accountable for overtime reduction, FTE reduction, the elimination of split shifts, retention of frontline employees and researching the possibility of more fulltime opportunities. Each will have indivdual goals and objectives.

Exhibit # 16 for JD
Date: 1/4/03
Stephanie House
*Al Betz & Associates, Inc.*
*(410) 752-1733 / (410) 875-DEPO*

FEC 00325

19–17

As discussed Tuesday and Friday of last week, there is much to do at the BCB station regarding improving PSP performance. You are aware of my concerns and of the need for continual improvement. I will be reviewing your performance again in a one on one meeting scheduled at 10:00 a.m. on November 16, 2000.

Should you have any questions or comments please do not hesitate to contact me.

Sincerely,

*(signature)*

Patrick J. Quirke
Managing Director
Capital District

/jpd

I have read and understand the contents of this memorandum.

_____   10/23/00
Michael Shields                   Date