# EXHIBIT 16


Express

VERIFIED
JAN 1 1 2001
J. MADISON      19429

INTEROFFICE MEMORANDUM

DATE:       January 8, 2001                    TO:     Michael Shields

FROM:       Patrick J. Quirke                   cc:     John Formisano
                                                        Gay Burvis

RE:         *Warning Letter*
            *Failure to Follow Performance Planner*

Michael,

On October 23, 2000, you signed a performance planner agreeing to implement specific tactics and actions designed to improve the overall P-S-P performance at the BCB station. This planner was the result of a meeting we had on October 13, 2000, in which I requested that you document your plans for performance improvement. Your plan was encapsulated into the performance planner of the 17th, and we agreed that we would periodically meet to review your progress.

On November 20, 2000, I visited the BCB station. We discussed your progress at the station and you advised me that it was improving. You also advised me that you were following the performance planner and were optimistic regarding your P-S-P results.

On January 5, 2001, I requested that we meet for a follow-up and asked that you bring the documentation as outlined in your performance planner. The only documentation you provided me was eight TLA (talk, listen and act) reports performed by just three of your managers.

Michael, the performance planner you signed on October 23, 2000, was specific in its requirements. It is also a direct result of your own documented plans for improving your stations' P-S-P performance. It is unfortunate that you have decided to disregard the specifics of the performance and an opportunity to provide positive, sustainable change for the BCB station. This Warning Letter is being issued to you to underscore the seriousness of the situation and the need for immediate improvement. You are expected to comply with the specifics of your performance planner and put the BCB station on the path of continual improvement of further disciplinary action will be taken.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step I of the Guaranteed Fair Treatment Process. You must submit your electronic request within five (5) calendar days through the GFTPP screen in PRISM. This information will be received by John Formisano, Regional Vice President, Kenneth A. May Senior Vice President, and Personnel. Please feel free to discuss this with your Senior Personnel Representative, Gay Burvis, who can be reached at (703)4692-2459.

Sincerely,

*[signature]*
Patrick J. Quirke
Managing Director
Capital District

I have read and understand the contents of this memo.

_____        1/9/01
Signature                               Date

Exhibit # ___18 for ID___
Date: ___1/4/03___
Stephanie House
Al Betz & Associates, Inc.
(410) 752-1733 / (410) 875-DEPO

FEC 00178

2-148

REVISED ON JANUARY 31, 2001



**FedEx**

Express INTEROFFICE MEMORANDUM

| | | | |
|---|---|---|---|
| DATE: | January 8, 2001 | TO: | Michael Shields |
| FROM: | Patrick J. Quirke | cc: | John Formisano<br>Gay Burvis |

RE:        *Performance Reminder*

Michael,

On October 23, 2000, you signed a performance planner agreeing to implement specific tactics and actions designed to improve the overall P-S-P performance at the BCB station. This planner was the result of a meeting we had on October 13, 2000, in which I requested that you document your plans for performance improvement. Your plan was encapsulated into the performance planner of the 17th, and we agreed that we would periodically meet to review your progress.

On November 20, 2000, I visited the BCB station. We discussed your progress at the station and you advised me that it was improving. You also advised me that you were following the performance planner and were optimistic regarding your P-S-P results.

On January 5, 2001, I requested that we meet for a follow-up and asked that you bring the documentation as outlined in your performance planner. The only documentation you provided me was eight TLA (talk, listen and act) reports performed by just three of your managers.

Michael, the performance planner you signed on October 23, 2000, was specific in its requirements. It is also a direct result of your own documented plans for improving your stations' P-S-P performance. It is unfortunate that you have decided to disregard the specifics of the performance and an opportunity to provide positive, sustainable change for the BCB station. This Performance Reminder is being issued to you to underscore the seriousness of the situation and the need for immediate improvement. You are expected to comply with the specifics of your performance planner and put the BCB station on the path of continual improvement of further disciplinary action will be taken.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step III of the Guaranteed Fair Treatment Process. You must submit your electronic request within five (5) calendar days through the GFTPP screen in PRISM. Electronic notifications will be sent to appropriate levels of management and your personnel representative.

Sincerely,

Patrick J. Quirke
Managing Director
Capital District

I have read and understand the contents of this memo.

Signature: _____    Date: 2/1/01



FEC 00412

19-157