# EXHIBIT 17

# INDIVIDUAL PERFORMANCE AND CONTRIBUTION DISCUSSION FORM
## MANAGEMENT

Complete the "bubble" sections, neatly darkening in the circles.

| Employee Number | First Letter of Last Name | Second Letter of Last Name | Rating Period From Month | Year | To Month | Year | Overall Rating |
|---|---|---|---|---|---|---|---|
| 0 1 9 4 2 9 | S | H | 05 | 00 | 02 | 01 | 1.9 |

Employee Name: Michael Shields

Job Title: Senior Manager

Manager Name: Patrick Quirke

Manager Employee Number: 14269

| Category | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | OVERALL RATING |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Performance Rating | 1 | 1 | 2 | 2 | 2 | 2 | 3 | 2 | 3 | 1 | 1.9 |

I have participated in this discussion with my manager.

*[signature: Patrick Quirke]*

I have participated in this discussion with this employee.



2/19/01

PR          0402   04


DEPOSITION EXHIBIT
Shields #23
1-18-03  SJ

## PERFORMANCE AND CONTRIBUTION CATEGORIES

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | 2 | ☒1 | 0 |
|---|---|---|---|---|---|

**Results for Single Most Critical Work Objective**
Specify objective at the beginning of the review period.
FTE REDUCTION/COST REDUCTION

**COMMENTS/DOCUMENTATION:**

Michael has been unable to achieve his productivity, cost, or fte reduction goals. His performance is presently at the bottom of the district ranking. Results attached.

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | 2 | ☒1 | 0 |
|---|---|---|---|---|---|

| Operations Management | or | Staff Management |
|---|---|---|
| 2. Safety Performance<br>• Worker injury rate<br>• Vehicle accident rate<br>• Safety compliance | | 2. Results for all other Work Objectives (Overall MBO Performance) |

**COMMENTS/DOCUMENTATION:**
Michael has been unable to achieve his worker injury and vehicle accident rate goals. Results are attached.

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 |
|---|---|---|---|---|---|

**3. Planning and Organizing**
*Long Range*
• Plans the future of work unit.
• Projects resource needs (e.g., manpower, facilities, equipment).
• Assesses which activities the unit needs to be engaged in.
• Formulates and evaluates new and innovative concepts and approaches.
*Short Range*
• Formulates and meets schedules.
• Establishes work objectives, goals, and priorities.
• Uses Corporate, divisional, or departmental objectives (MBO/PBO process) as appropriate to set objectives for work unit.
• Organizes the flow and distribution of work.
• Schedules work hours, overtime, vacations, leave days.
• Integrates corporate strategies and goals into plans of work unit.
• Generally avoids "crisis" types of activities.
• Prepares and maintains accurate and timely records and paperwork.

**COMMENTS/DOCUMENTATION:**

Michael has been working very hard at planning for the BCB operation and organizing the day to day priorities for the managers, but has not been able to make it "happen". He has been unsuccessful in implementing the necessary plans for achieving his P-S-P goals.

*acknowledge planning which measurable results criteria*

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 |
|---|---|---|---|---|---|

**4. Judgement and Decision Making**
• Makes decisions dealing with abstract and unstructured problems.
• Interprets policy where no precedent exists and applies Federal Express policy in a consistent fashion.
• Recommends action on critical, broad-based matters.
• Makes decisions based on logic, factual information, consideration of human factors, and consequences of decisions.
• Makes use of past experience and information to bring perspective to present situations.
• Makes decisions or takes action consistent with authority and responsibility.
• Applies advanced concepts, theories, principles, and methods to problems, issues, questions, or policies.
• Makes sound financial decisions which positively affect the performance of department/district/Company.
• Reviews operation and implements appropriate controls.

**COMMENTS/DOCUMENTATION:**

Michael is an extremely tenured employee and manager. His judgement and decision-making skills, based upon his experience, have not contributed to positively affecting the performance of the BCB station.

*PSP (general)*

| PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**5. Employee Selection, Development, and Affirmative Action**
- Recruits, screens, interviews, and conducts reference checks.
- Selects applicants who are well-suited for their position.
- Considers affirmative action plan when making selection/promotion decisions.
- Documents good faith efforts toward achievement of affirmative action goals.
- Ensures orientation is properly conducted. *goals established*
- Coaches, advises, and teaches subordinates as appropriate with remedial activities, delegation, or appropriate developmental activities/plans.
- Gets subordinates to use reasoning and evidence, rather than unsupported opinion. *recruitment efforts*
- Fully supports LEAP program.
- Identifies training, job assignments, and special programs to develop employees for promotional opportunities, with special emphasis on development of minorities and females.
- Establishes training programs for staff development.
- Treats each subordinate individually. *what were you looking at*

**6. Employee Direction, Motivation, and Communication**
- Uses the MBO/PBO process to successfully monitor subordinates' objectives.
- Expresses appreciation for a job well done.
- Communicates job responsibilities, policies, procedures, safety practices and standards, and equipment use.
- Encourages subordinates to be enthusiastic or motivated about their assignments.
- Listens to subordinates about individual problems, needs, and concerns.
- Provides regular feedback and minimizes surprises at performance reviews.
- Maintains and promotes positive attitudes, morale, and productivity within and between groups and teams.
- Assists members with overcoming liaison and coordination difficulties within and between groups and teams.
- Manages conflict effectively.

**COMMENTS/DOCUMENTATION:** *what were the multiple issues*

Michael is the leader of a diverse team of managers. However, Michael has been unsuccessful in retaing qualified personnel for BCB. Since June, the station has hired 63 employees and lost 39 employees, a 62% attrition rate.

**COMMENTS/DOCUMENTATION:** *what were the, y/year were the same*

Michael has had multiple employee issues at BCB and has been unable to address them adequately. BCB station results fell significantly year over year, with the SFA average 4, the IR index 6, the leadership index 5, ~~the IR index 6~~, and the leadership average 2. *rumor mill/GFT's*

| PERFORMANCE AND CONTRIBUTION RATING | 4 | ☒3 | 2 | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | ☒2 | 1 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

**7. Quality Management, Customer Service, and Sales**
- Provides leadership for quality measurement and improvement.
- Applies Quality concepts, principles, and methods to problems and issues.
- Develops climate that encourages improvement, innovation, and employee empowerment.
- Minimizes requests for additional personnel through productivity enhancements
- Inspects and keeps working environment safe and clean.
- Preserves Company assets and reduces waste.
- Promotes the Company and its services.
- Understands and responds to customer needs.
- Seeks feedback on the performance of work unit.
- Handles customer complaints about service.

**8. Leadership**
- Stands up and persists for his/her ideas with logical, factual, information even if the ideas are unpopular.
- Gives candid feedback to subordinates and superiors.
- Follows through on assignments without prompting.
- Takes responsibility for actions and accepts responsibility for mistakes.
- Works with little contact or minimal direction from manager.
- Demonstrates a belief in the value of each individual regardless of their background (race, sex, ethnic group, educational level, or position).
- Maintains the special trust and confidence required of Federal Express management.
- Gains and maintains mutual trust and respect with others.

**COMMENTS/DOCUMENTATION:**
BCB is the "bump" city for the district affecting service. Continued focus to minimize the impact will improve performance. Michael also insists on clean trucks and uniformed couriers, a plus for our brand name and corporate image in the market.

**COMMENTS/DOCUMENTATION:**
Michael has not been successful in consistently providing the direction to lead the BCB station to sucess in achieving their P-S-P goals.

*results of leader/no act account for personal attributes and past history*

PF    0402  04

M-1159 106432 1/99 SRC

| PERFORMANCE AND CONTRIBUTION RATING | 4 | ☒ | 2 | 1 | 0 | PERFORMANCE AND CONTRIBUTION RATING | 4 | 3 | 2 | ☒ | 0 |
|---|---|---|---|---|---|---|---|---|---|---|---|

### 9. Oral and Written Communication
- Picks the most appropriate method and channel of communication.
- Presents and expresses information orally in a clear, concise manner.
- Listens to ensure understanding of issues and points of view.
- Presents and expresses information efficiently and clearly in writing.
- Tailors communication to the person or audience being addressed.
- Returns phone calls promptly.

### 10. Self-Development and Appraisal
- Analyzes own performance strengths and weaknesses.
- Solicits/accepts feedback from superiors and subordinates (SFA).
- Establishes plans and takes action to improve weaknesses or upgrade skills.
- Improves own capabilities to meet changing demands and job requirements.
- Watches appropriate FXTV programs.
- Completes all mandatory training.

**COMMENTS/DOCUMENTATION**

Michael expresses himself professionally in oral and written communications. Must continue to promote positivity; less "tell" more "sell".

*Handles himself very well must continue*

**COMMENTS/DOCUMENTATION**

Michael hasn't been successful in developing his skills during the past year to fully address the operational concerns of the BCB station.

*Based on what Self appraisal / subjective*

## PERFORMANCE PLANNER

In this section, you are to work with your staff member on a developmental plan to improve areas of performance concern and/or to acquire knowledge, skills, or abilities for future growth opportunities.

| Performance Areas Where Improvement Is Needed Or Future Growth Opportunities | Knowledge, Skills, Or Abilities That Must Be Developed To Result In The Improvement Or Future Growth | Developmental Activities/ Assignments | Projected Implementation Date (Month/Year) | Projected Completion Date (Month/Year) |
|---|---|---|---|---|
| *performance review the person* | *no point in between senior ofcr were not aware. did not know we were based on MBO objectives. no gray areas* | | | |

*free for all meeting / Chris Allen group*

Review — same. what were they
ask the senior. they were not
no gray area. vague. confident
what were the station issue.
DCA. The second quarter