# EXHIBIT 18

Patrick J. Quirke
Managing Director
Capital District

1016 North Glebe Road Suite 300
Arlington, VA 22201

Telephone 703-469-2416
Fax 703-522-5427
Pager 800-770-9684
Email pjquirke@fedex.com



INTEROFFICE MEMORANDUM

↗ 2-21-01 System generated for Perf Review to love

VERIFIED

MAR 0 1 2001

DRW

DATE:   February 19, 2001            TO:   Michael Shields

FROM:   Patrick J. Quirke            cc:   John Formisano
                                            Gay Burvis

RE:     *Performance Reminder/Decision Day*

Michael,

Today, you are being given this second performance improvement reminder letter for an Unsatisfactory Performance Review. As part of 2-50 Performance Improvement, you must now present a written personal performance agreement that is acceptable to me.

To assist you in the construction of an acceptable agreement, I offer the following guidelines:

1. You need to detail specific actions and timetables for correction of the performance problem.
2. You must specify and commit to performance levels that will illustrate acceptable (to me) improvement of your performance problem with a timetable to reach those levels of performance.
3. You need to provide a statement of personal commitment to abide by the agreement. Failure to abide by the agreement will be viewed by the Company as a voluntary resignation.

In summary, this agreement should be specific, illustrate improvement, and be reasonable. At this stage, I am not requesting perfection. I am requesting 100% commitment toward improvement towards acceptable levels of performance. Failure to produce this plan or to develop one that is mutually acceptable will be considered a violation of policy 2-5 Acceptable Conduct.

Your decision day will be granted on Tuesday, February 20, 2001. The personal performance agreement should be written as a memorandum to me, with a copy to your Personnel Representative. It may be typed or handwritten. It must be given to me personally on Thursday, February 22, 2001, 11:00 a.m.

Since you now have two active disciplinary notifications, please be aware that receipt of a third disciplinary notification within the next 12 months may result in termination.

Should you in good faith believe this action to be unfair, you have the right to enter the Guaranteed Fair Treatment Procedure/EEO Complaint Process. You must submit your electronic request via the GFTPP screen in PRISM or your written complaint within five calendar days of the occurrence of the eligible issue. The electronic complaint will be automatically forwarded to the appropriate members of management and matrix personnel at each step. You will be notified regarding the meeting or conference call addressing your concerns.

Please feel free to discuss this issue with your matrix Personnel Representative, Gay Burvis, who can be reached at (703)469-2459.

Sincerely,

*[signature]*

Patrick J. Quirke
Managing Director
Capital District

I have read and understand the contents of this letter.

*[signature]*  2/19/01
Michael Shields #19429       Date

VERIFIED

MAR 0 1 2001

DRW