# EXHIBIT 19

FROM: Michael Shields

TO: Pat Quirke
Cc: File

DATE: February 20, 2001

RE: Action Plan

### PEOPLE

A). Skip Level – NLT March 31, 2001
   Posted/Documented/Filed

B). Subsequent Skip Levels/1 each Quarter

C). Bi-monthly Manager Workgroup Meetings
   Immediate/Ongoing

D). Safety SCIT Meeting/Monthly/NLT March 31, 2001

E). Safety/Accident Review Board/Ongoing
   Coordination with Safety, Personnel and HCMP

*[handwritten annotations: retention - courier coach program - better hiring decision - better training w/survey - reduction on turnover - reduce doubles; do this; 20% compare Jan/Feb; est goal for Mar.; Contact Mike Bush; do this]*

### SERVICE

A). WDL Reduction/March 1, 2001
   Designated Missort, Recycles, Expedites, and Extra Hours Drivers.
   *[handwritten: what was January number / Set goal for March]*

B). RDL/98.5% AL LOC
   Major focus on Monday/Saturday — Controllable at 99.5% on Monday/SDR

C). Daily Feedback Root Cause Analysis by SAL/Immediate  *publish by MGR*

D). Management follow-up/accountability on controllable issues
   Cos2, Famis 129, and Kel-Nac reports/March 1, 2001

### PROFIT

A). Checkrides (2 weekly minimum)
   March 5, 2001 AM Managers/Task 2001 Completion
   February 26, 2001 PM Managers

B). Daily/Weekly/Monthly Courier Feedback/Immediate/Famis Reports
   *[handwritten: 129 run 2 week — cover meeting next week overkill]*

C). ATAC Training for Managers/March 1, 2001
   Kel-Nac
   DGOMIS  *Run the reports weekly*

D). Engineering Support/Ongoing/Immediate



DEPOSITION EXHIBIT
Shields #25
1-15-03 SJ

FEC 01264

E). FTE Reductions
    AM Sort Productivity
        93.58 pph by 03/31/2001 — 2.5 FTE ⎫ Total FTE
        96.24 pph by 04/30/2001 → 1.5 FTE ⎭
    On Road Productivity    6 FTE (reduction of 3 FTE's
        9.29 sph by 03/31/2001 → 8.5
        9.55 sph by 04/30/2001 → 8.5.5 — focus on bottom 20%/newhire
    Accountability through PIP for Managers/Immediate — OLCC — performance reminder for
    Update FOP profile and Manager Goals/March 1, 2001 — make   not making goal by 3/31
    Senior Manager/Manager One-on-One/Immediate   sure op is accurate
    ↳ Review of Daily report etc.

These actions will be implemented beginning March 1, 2001. Measuring, monitoring and feedback processes are immediate and ongoing. These processes which have been implemented and those to be implemented over the next two weeks will ensure that BCBA finishes at/near its productivity goals for the fourth quarter. BCBA will be implementing the Extra Hours project on February 26, 2001. The impact to the station's productivity is unknown, however, it will be measured by rolling all applicable hours under Manager 20. The impact of late freight will be measured as well as to quantify the impact on productivity. BCBA will experience a substantial amount of rollover training hours from February into March.

I am committed to following the above mentioned action plan. I will keep my manager abreast of the progress on an ongoing basis. I will make my manager aware of any/all systemic issues that present challenges. Additionally, I will solicit the support of my manager, the district support staff and my peers to assist with the success of the BCBA operation.

Regards,

*[signature]*
Michael D. Shields      2/20/01
                                Date