# EXHIBIT 20

Subject: planner specifics
Date: Fri, 23 Feb 2001 08:55:58 -0600
From: "Patrick Quirke" <pjquirke@fedex.com>
To: MICHAEL SHIELDS <mdshields@fedex.com>

michael,
    i want to ensure that you understand the planner you submit today must have specific actions and timetables for correction of the performance problems as outlined in your review and as discussed yesterday. the plan you submitted for discussion was vague and non specific, especially regarding 30-60-90 timeframes and results. i am looking for a finished product today that we can both sign and acknowledge as a working document for performance improvement. there is a very good description of what is expected in the people manual with an example of a personal performance agreement that should be presented upon return from a decision day. please take a look and call with questions. gay is also available to you for questions and any direction you may need. see you at 1500 // pq



FEC 01330

7-195