# EXHIBIT 21

FROM: Michael D. Shields
TO: Pat Quirke
CC: File
DATE: February 23, 2001
RE: Action Plan

PEOPLE

A. Skip Level – NLT March 31, 2001
   Posted/Documented/Files

B. Subsequent Skip Levels/ 1 each quarter

C. BI-Monthly Manager Work Group Meeting
   Immediate/Ongoing

D. Safety SCIT meeting/Monthly/NCT March 31, 2001
   Meeting Monthly.
   Safety Review Board NLT March 31, 2001
   Post Station Monthly Results
   Month/Month reduction through MGMT follow up, accountability and preventability
   Hit Station for the 4th quarter 5/31/01

E. Safety/Accident Review Board/Monthly/NLT 3-31-2001
   Review all Accidents/Injuries with Managers 3-5-01

F. Retention
   Re-implement Courier Coach Program 3/15/01
   Schedule Meeting/Orientation with newhires 3/5/01
   Cross Train New Swings beginning 3/15/01
   Reduce Splits for full-time Swings
   Swings From 3 to 2 per week by 3/31/01
   Fulltime 1 weekly by 3/31/01

*Specific* [handwritten annotation]

DOCUMENT

FEC 00349

DEPOSITION EXHIBIT
Shields #26

19-41

## PROFIT

A. Checkrides (2 weekly Minimum) effective 2/26/01
B. Daily/Weekly/Monthly Courier Feedback
   129's/Kel-Nac published twice week and as needed.
   Employee Training on Feedback Reports
   2/27/01 – AM employees
   2/28/01 – PM employees
C. ATAC Training for Managers/March 5, 2001
   Kel-Nac
   DGO-MIS
   Run Reports Weekly
D. Engineering Support for Route Restructuring 5-31-01
E. FTE
   AM Sort/2.8FTE Potential by 3/31/01
   AM Sort/1.5FTE Potential by 4/30/01
   February Base is 4.2 on 2/20/01

## ONROAD

8.5 FTE potential by 3/31/01 (Reduction of 3FTE base on 11.2 FTES on 2/20/01

5.5 FTE potential by 4/30/01 (Based on 11.2 FTES on 2/20/01)
Accountability through PIP for Managers —OLCC Performance Reminder.
Counseling by March 31, 2001
Performance reminder by April 30, 2001
Senior Manager/Manger one on one
Review reports weekly/Effective 2/26/01

F. Retention
Revamp/Solicit volunteers for Sick Coverage-Open Routes 3/31/01
Interview/Track all voluntary resignations 3/5/01
Skip Level w/new employees with 1yr or less NLT March 31, 2001
Ensure new employees are present at Quarterly Skip Level Meetings.

SERVICE

A. WDL Reduction
Implement Missort, Recycles, Expedites, and Extra Hour Routes. 2/26/01
Missorts, Recycles, Expedites and Extra Hours will be tracked by Cons. 3/5/01-Pm SAL Function
Employees will sign for PM Deliveries from GateKeeper 3/5/01
Month/Month Reduction on Controllable WDLS
. Jan-1714 pkgs. or .72% volume
. Feb-1334 pkgs. or .41% volume
32% month/month reduction
March reduction by 30% Month/Month
April Reduction by 20% over March Actual 4/30/01
May-Controllable Goal of 6 daily on 5/31/01

B. RDL Goal of 98.5% -AL LOC Tu-Fr
C. Major Focus on Monday/Saturday – Controllable Goal of 99%
-Continued training of new employees beginning 2/26/01
-Checkrides of least performers for service 3/5/01
-Employee/Manager accountability for controllable failures 3/5/01
-Route restructuring by May 31,2001
-Major emphasis on the SDR Routes/May 31, 2001

D. Daily Feedback/Root Cause Analysis by SAL
Published Daily by Manager/Immediately

E. Management follow up via checkrides,COS2,Famis 129 and Kel-Nac Reports 3/1/2001

FEC 00351

19-43

These actions will be implemented beginning March 1, 2001. Measuring, monitoring and feedback processes are immediate and ongoing. These processes which have been implemented and those to be implement over the next two weeks will ensure that BCBA finishes at/near its productivity goals for the fourth quarter. BCBA will be implementing the Extra Hours project on February 26, 2001. The impact to the Station's productivity is unknown; however, it will be measured by rolling all applicable hours under Manager 20. The impact of late freight will be measured as well as to quantify the impact on productivity. BCBA will experience a substantial amount of rollover training hours from February into March.

I am committed to following the above mentioned action plan. I will keep my manager abreast of the progress on an ongoing basis. I will make my manager aware of any/all systemic issues that present challenges. Additionally, I will solicit the support of my manager, the district support staff and my peers to assist with the success of the BCBA operation.

Regards,

Michael D. Shields

## BCBA

| | ACCIDENTS | | | INJURIES | | |
|---|---|---|---|---|---|---|
| | # | MTD RATE | YTD GOAL | # | MTD RATE | YTD GOAL |
| Jun | 5 | 23.24 | 15.55 | 6 | 31.32 | 20.41 |
| Jul | 4 | 19.41 | " | 6 | 34.07 | " |
| Aug | 6 | 25.82 | " | 6 | 29.38 | " |
| Sep | 0 | 0.00 | " | 5 | 27.00 | " |
| Oct | 5 | 22.69 | " | 1 | 5.24 | " |
| Nov | 8 | 36.58 | " | 3 | 16.25 | " |
| Dec | 2 | 9.26 | " | 3 | 14.13 | " |
| Jan | 4 | 17.81 | | 4 | 20.99 | |
| TOTAL | 34 | 19.56 YTD | | 40 | 26.04 YTD | |

NOTE: THIS TOTAL CAPTURES LATE ENTRIES NOT CAPTURED IN THE MONTHLY TOTALS.

# Accidents (not sure if preventable or not)
1 Injury month to date for Feb.

FEC 00353

19-45



BCBA ACCIDENTS YTD

TOTAL ACCIDENTS: 34

FEC 00354

02/26/2001 03:55  3035235427  CAPITAL DISTRICT  PAGE 08



BCBA YTD INJURIES
TOTAL INJURIES FOR FEB: 1
TOTAL INJURIES YTD: 40