# EXHIBIT 22

Patrick J. Quirke
Managing Director
Capital District

Arlington, VA 22201

Fax 703-522-5427
Pager 800-770-9684
Email: pjquirke@index.com


Express

INTEROFFICE MEMORANDUM

DATE: February 23, 2001        TO: Michael Shields

FROM: Patrick J. Quirke        cc: John Formisano

RE: Suspension with Pay

Michael,

You are being suspended today, February 23, 2001, for performance issues for not submitting a satisfactory Performance Planner.

This suspension is not punitive in nature and should not be discussed with anyone. I will be contacting you at home on Monday, February 26, 2001 at 10:00 a.m.

If you have any questions please do not hesitate to contact your Personnel Representative Gay Burvis at (703)469-2459.

Sincerely,

*[signature]*

Patrick J. Quirke
Managing Director
Capital District

I have read and understand the contents of this memo.

_____   2/23/01
Signature                          Date

Gay,
Please call me to just thing Monday Morning. This is critical. We need to discuss ASAP.
call me at (301) 725-2264
cell (301) 906-0927

**DEPOSITION EXHIBIT**
Shields #28

FEC 00559

3-89