# EXHIBIT 23

Patrick J. Quirke
Managing Director
Capital District

# FedEx Express  INTEROFFICE MEMORANDUM

| | | | |
|---|---|---|---|
| DATE: | February 26, 2001 | TO: | Michael Shields |
| FROM: | Patrick J. Quirke | cc: | John Formisano |
| RE: | Termination | | |

Michael,

On February 19, 2001, you received an unsatisfactory performance review. Many of the issues outlined in this performance review were also encapsulated into a Performance Planner that you and I jointly signed on October 17, 2000. Based upon the unsatisfactory rating of your performance review, you were granted a Decision Day on February 20, 2001 and asked to formulate and submit an acceptable Performance Planner that would address the unacceptable performance areas in your performance review. On February 22, 2001, you submitted a planner that was unacceptable to me because it failed to address the specific actions that you would take to improve your performance. You were asked to return on February 23, 2001 with a more specific action plan. Again, you submitted a planner that failed to address the specific actions you would take to improve and sustain acceptable performance as the Senior Manager of the BCB station.

Your failure to complete and submit an acceptable planner that addresses your performance deficiencies leaves me no other alternative but to terminate your employment with FedEx Express effective immediately, as outlined in the FedEx Express PEOPLE manual under 2-5, Acceptable Conduct and as outlined in 2-50, Performance Improvement.

Should you in good faith believe this action to be unfair, you have the right to proceed to Step I of the Guaranteed Fair Treatment Process by submitting the attached bubble form within five (5) calendar days of receipt of this notice. THE FORM MUST BE RECEIVED AT THE ADDRESS INDICATED BELOW ON OR BEFORE DAY FIVE (5). Send the original document, including the bubble page and any additional documentation in a FedEx letter (the form should not be folded), using the enclosed FedEx stamp # to:

Federal Express Corporation
PICC/GFTP
3975 Airways, 2nd Floor, Module E
Memphis, TN 38116

The information on these documents will be scanned in to the GFTPP system and electronic notifications will be sent to the appropriate levels of management. Please feel free to discuss this with your personnel representative, Gay Burvis, who can be reached at (703)469-2459.

Sincerely,

Patrick J. Quirke
Managing Director
Capital District

I have read and understand the contents of this memo.

_____   2/26/01
Signature                         Date

FEC 00172

**DEPOSITION EXHIBIT**

2-142