# EXHIBIT 25

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| MICHAEL SHIELDS | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| FEDERAL EXPRESS CORPORATION, | ) |
| AND PATRICK J. QUIRKE | ) |
| | ) |
| Defendants. | ) |
| | ) |

## DECLARATION OF CHARLES H. HERGESHEIMER

I, Charles H. Hergesheimer, declare:

1. I have been employed with Federal Express Corporation ("FedEx") in various management capacities since March, 1996. I am over the age of 21 and am competent to make this declaration. I have personal knowledge of the facts contained herein and, if called to testify, would testify as follows.

2. From January 1, 2001 until the end of June 2001, I was a grade level 29 Senior Manager over the NDV station in Alexandria, Virginia. Patrick Quirke was my Managing Director.

3. As Senior Manager over the NDV station, I was responsible for the overall performance of the station.

4. Mr. Quirke held conference calls or meetings to talk about station performance with all of the Senior Managers in the Capital District on a nearly daily basis.

5. When I took over the NDV station, the station was not meeting productivity, budget, and Functional Operating Plan ("FOP") goals. In the few months that I was the Senior Manager over NDV, the station made only slight improvements in performance.

6. In June 2001, Mr. Quirke talked to me about the NDV station's failure to meet FOP, budget, and productivity expectations. Mr. Quirke advised me that he had expected rapid improvements towards meeting FOP goals, the budget, and productivity expectations in my first few months as Senior Manager.

7. Mr. Quirke advised me that, because I had been unable to achieve the advancements at NDV that he expected in my first six months as Senior Manager, I needed to step down from the position.

8. I stepped down from my Senior Manager position over the NDV station in late June 2001, and searched for a lower level Senior Manager job throughout July 2001. I was advised that, if I did not find an open job by the beginning of August 2001, my employment with FedEx would end. I accepted a demotion to a grade level 26 Manager position working the evening shift at the CGS station in Beltsville, Maryland, effective August 1, 2001, because it was the only position offered to me. The Manager position that I accepted was a three grade level reduction in salary.

9. I am still employed with FedEx as a Manager.

I declare under penalty of perjury, pursuant to 26 U.S.C. Section 1746, that the foregoing statements are true and correct.

FURTHER DECLARANT SAITH NOT.

EXECUTED at _5:05 pm_ this _30_ th day of January, 2003.

                                                      Charles H. Hergesheimer

464647