# EXHIBIT 26



Complete the "bubble" sections, neatly darkening in the circles.

| Employee Number | First Letter of Last Name | Second Letter of Last Name |
|---|---|---|
| 0 1 9 4 2 9 | S | H |

Employee: Read carefully, complete the requested inform: sign, and return this page to your manager so he may review i forward it to the Personnel Information Control Center (PICC

You should understand that *The Federal Express Employee Hand* is not a contract of employment, nor should *The Federal Express Emp Handbook's* provisions be read or implied to provide for one. specific rights as an employee are governed by the Employ Agreement you signed in your employment application. For specific guidelines, refer to the PEOPLE manual and *Your Emp Benefits* book. Official personnel policies, as found in the PEC manual, are referenced throughout the Employee Handbook and index. Your manager will make the PEOPLE manual available t upon request and answer any questions you may have about policie procedures. The Company provides the Guaranteed Fair Trea Procedure (GFTP/EEO Process) to resolve employment dispute problems quickly. Employees are therefore expected to use the GF resolve all work-related disputes.

*The Federal Express Employee Handbook* contains guidelines on the Company can modify this publication by amending or termi any policy, procedure, or employee benefit program at any time information in the 1996 *The Federal Express Employee Han* supersedes all information in previous editions to the extent inconsistent with this edition. All information in previous et inconsistent with this edition is expressly revoked. No manaj representative of the Company, other than the CEO or a senic president designated by the CEO, has any authority to enter in agreement modifying this publication in any way, or to enter ii agreement of employment with you for any specified period of tim amendment or agreement, if made, shall not be enforceable unle in writing and signed by you and the CEO or designated senic president. This publication applies to all employees except employees whose terms and conditions of employment are gover a collective bargaining agreement.

I have read and fully understand the statement on this page and have received a copy of *The Federal Express Employee Handbook* on 2/1/99

Michael D. Shields
19429
2/1/99

HBR96       01



FedEx
WCS080197

FEC 00199



2-170