# EXHIBIT 27

# CHARGE OF DISCRIMINATION

| AGENCY | CHARGE NUMBER |
|---|---|
| ☐ FEPA<br>☒ EEOC | 100A10679 |

_Fairfax County Human Rights Comm._ and EEOC
*State or local Agency, if any*   WASHINGTON FIELD OFFICE

This form is affected by the Privacy Act of 1974; See Privacy Act Statement before completing this form.

**NAME** (Indicate Mr., Ms., Mrs.): Mr. Michael D. Shields
**HOME TELEPHONE** (Include Area Code): (301) 725-2264
**STREET ADDRESS**: 10001 Goose Pond Court, Laurel, MD 20708
**DATE OF BIRTH**: 08/27/1960

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (If more than one list below.)

**NAME**: FedEx Corporation
**NUMBER OF EMPLOYEES, MEMBERS**: Cat D (501 +)
**TELEPHONE**: (703) 709-2600
**STREET ADDRESS**: 13500 Eds Drive, Herndon, VA 20171
**COUNTY**: 059

**CAUSE OF DISCRIMINATION BASED ON**:
☒ RACE  ☐ COLOR  ☐ SEX  ☐ RELIGION  ☐ NATIONAL ORIGIN
☒ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER

**DATE DISCRIMINATION TOOK PLACE**
LATEST: 02/26/2001
☐ CONTINUING ACTION

**THE PARTICULARS ARE:**

I. In 10/81, I commenced working for Respondent. In 9/00, while I was employed by Respondent as a Senior Manager in the Domestics Ground Operations Division, I lodged a verbal protest to Pat Quirke, my supervisor, complaining about his directive ordering me to subject a subordinate, Black Operations Manager, Rva Pendleton, to disparate discipline based upon her race. Also, in 9/00, I complained to Pat Quirke and Dick Schmidt, Personnel Manager, about Bobby Richardson, a subordinate, White Courier, calling me a "nigger" on the job during that same month. Later, in 10/00, in retaliation for these racially oriented complaints, I was unjustifiably placed on a performance improvement plan (i.e., "performance planner") with respect to my position as a Senior Manager. In 1/01, I was further retaliated against by being unjustifiably issued a disciplinary write-up for not making significant gains under this performance planner. In 1/01, I was retaliated against again by being issued a written evalution containing false, unsatisfactory performance ratings. On approximately 2/22/01, I was further retaliated against by being unjustifiably issued a write-up based upon false accusations of unsatisfactory work performance. Finally, on 2/26/01, I was further retaliated against by being unjustifiably discharged from my position as Senior Manager within the Domestic Ground Operations Division. Furthermore, I believe that my race was a

**\*\* Text is Continued on Attached Sheet(s) \*\***

I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or telephone number and cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Date: June 7, 2001
Charging Party (Signature)

NOTARY - (When necessary for State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

SIGNATURE OF COMPLAINANT

SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE
(Month, day and year)

EEOC FORM 5 (Rev. 07/99)

FILE COPY

DEPOSITION EXHIBIT
Shields #31
1-16-03

FEC 01342

7-624

Jun  7 12:44 2001  CP Initials _____   Chg # , Attachment Page 1

------------------------------------------------------------------
Equal Employment Opportunity Commission
Form 5 - Charge of Discrimination, Additional Text
------------------------------------------------------------------

    factor in this treatment in that Chuck Hergisheimer and Clint Barnes, two similarly situated White Senior Managers within my division with worse levels of performance than mine, were neither placed on performance planners, issued write-ups nor discharged from employment.

II.    On 2/26/01, Pat Quirke told me that I was discharged for being issued three write-ups within a 12 month period in accordance with Respondent's policy.

III.    I believe that I was discriminated against based upon my race, Black, in violation of Title VII of the Civil Rights Act of 1964, as amended. Moreover, I believe that I was retaliated against in violation of Section 704(a) of Title VII.

FEC 01343

7-625