IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | | |
|---|---|---|
| **MICHAEL SHIELDS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. MJG 02CV1783 |
| | ) | |
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| **AND PATRICK J. QUIRKE** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

THIS MATTER having been opened to the Court by Mary Jane Palmer and Eric Hemmendinger, attorneys for Defendants, Federal Express Corporation and Patrick J. Quirke, for an Order dismissing all claims raised in Plaintiff's Complaint pursuant to Fed. R. Civ. P. 56(c), and the Court having reviewed the Motion papers, the memorandum filed in support of the Motion, all papers in opposition thereto, and for good cause having been shown,

IT IS on this _____ day of _____, 2003:

ORDERED that all claims raised in Plaintiff's Complaint shall be and hereby are dismissed with prejudice; and it is

FURTHER ORDERED that a copy of this Order shall be served upon counsel for all parties within 10 days of the date hereof.

_____
UNITED STATES DISTRICT COURT JUDGE

_____
DATE

doc 469965