**IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| MICHAEL SHIELDS, | * |
| | * |
| Plaintiff, | * |
| | * |
| v. | *   Case No. MJG 02CV1783 |
| | * |
| FEDERAL EXPRESS CORPORATION, | * |
| et al | * |
| | * |
| Defendant. | * |
| | * |

**DEFENDANT'S MOTION TO APPROVE CONSENT PROTECTIVE ORDER**

Defendant Federal Express Corporation hereby moves that the Court approve the Consent Protective Order submitted herewith.

Respectfully submitted,

/s/
Eric Hemmendinger
Bar No. 02050
SHAWE & ROSENTHAL, LLP
20 S. Charles Street
Baltimore, Maryland 21201
(410) 752-1040
Attorneys for Defendant

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the foregoing Motion was served this 26th day of March, 2002 by e-filing or United States mail on:

Brian K. McDaniel, Esquire
Kevin Chapple, Esquire
1211 Connecticut Avenue, N.W., Suite 303
Washington, DC 20036
Attorneys for Plaintiff.

/s/
Eric Hemmendinger