# UNITED STATES DISTRICT COURT
### OFFICE OF THE CLERK
# DISTRICT OF MARYLAND

Felicia C. Cannon, Clerk   Reply to Northern Division Address

2003 APR -3  A 10: 26

CLERK'S OFFICE
AT BALTIMORE
_____ DEPU

April 2, 2003

RE:   Civil Action No.: MJG-02-1783
      Motion to Seal

Dear Counsel:

You have submitted a proposed confidentiality or protective order for the court's approval. There are several items that must be included in any protective order before such approval may be obtained. The judge to whom this case is assigned has directed the Clerk to return the proposed order to you for redrafting as necessary in accordance with Local Rule 104.13 (D. Md.) and the enclosed Memorandum.

Felicia C. Cannon, Clerk

By: /s/
Deputy Clerk
Janet Buker

JUDGE: *MJG*
Initials

Date: 4/2/03

U.S. District Court (Rev. 6/2001) - Proposed Protective Order Packet

## MEMORANDUM RE: PROPOSED CONFIDENTIALITY ORDERS

In accordance with applicable case law and policies adopted by this Court, proposed protective orders concerning the confidentiality of materials and information exchanged during discovery must include:

A definition of confidentiality consistent with Fed. R. Civ. P. 26(c)(7);

2. A method for challenging particular designations of confidentiality with the burden remaining on the party seeking confidentiality to justify it under Rule 26(c);

3. A provision that whenever materials subject to the confidentiality order (or any pleading, motion or memorandum referring to them) are proposed to be filed in the court record under seal, the party making such filing must simultaneously submit a motion and accompanying order which includes (a) proposed reasons supported by specific factual representations to justify the sealing and (b) an explanation why alternatives to sealing would not provide sufficient protection. See Ashcraft v. Conoco, 218 F.3d 288, 302-303 (4th Cir. 2000); Stone v. University of Maryland Medical System Corp., 855 F.2d 178, 181 (4th Cir. 1988); Rushford v. New Yorker Magazine, Inc. 846 F.2d 249, 253-54 (4th Cir. 1988); In Re Knight Publishing Co., 743 F.2d 231, 235 (4th Cir. 1984); M.P. v. Schwartz, 853 F. Supp. 164 (D. Md. 1994); and (c) a provision permitting the Clerk to return to counsel or destroy any sealed material at the end of the litigation.

See Local Rules 104.13 and 105.11 (D. Md.). A sample order regarding confidentiality of discovery material and a sample order sealing portions of the court record are attached to the Local Rules of this Court.

U.S. District Court (Rev. 6/2001) - Proposed Protective Order Packet