FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2003 APR -4  P 12: 25

CLERK'S OFFICE
AT BALTIMORE

_____ DEPUTY

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

MICHAEL SHIELDS           )
                          )
Plaintiff,                )
                          )
vs.                       ) CIVIL ACTION NO. MJG 02CV1783
                          )
FEDERAL EXPRESS CORPORATION, )
AND PATRICK J. QUIRKE     )
                          )
Defendants,               )
                          )

## ORDER

Upon consideration of the Plaintiff's Motion For Extension of Time for the Filing of an Opposition to Defendants' Motion For Summary Judgment, there being no opposition thereto, it is this 4th day of April, 2003 hereby

ORDERED, that plaintiff's motion is GRANTED.

/s/
_____
The Honorable Marvin J. Garbis