IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| **AND PATRICK J. QUIRKE,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S REPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DISMISSAL OF PLAINTIFF'S MOTION FOR PERMISSIVE JOINDER OR, IN THE ALTERNATIVE, AN EXTENSION OF DEFENDANTS' DEADLINE TO FILE A RESPONSE AND MEMORANDUM IN SUPPORT THEREOF**

Come now Defendants, Federal Express ("FedEx") and Patrick J. Quirke, by and through counsel, and file this motion for an extension of time in which to file their reply to Plaintiff's response in opposition to Defendants' motion for summary judgment and for dismissal of Plaintiff's motion for permissive joinder or, in the alternative, an extension of Defendants' deadline to file a response and memorandum in support thereof. In support thereof, Defendants state as follows:

On October 16, 2002, the Court granted the parties' Consent Motion to Extend Discovery, setting March 13, 2003 as the deadline for dispositive motions. Defendants filed their motion for summary judgment and accompanying memorandum on March 13, 2003. Plaintiff's Response was originally due to be filed by March 27, 2003. Defendants' counsel agreed to an extension of Plaintiff's deadline for filing a Response to April 4, 2003. The Court granted Plaintiff's unopposed motion, allowing Plaintiff to file his

Response on April 4, 2003. Apparently, Plaintiff failed to properly file his Response electronically, given that counsel for Defendants have been unable to access Plaintiff's filing through the electronic filing system. Additionally, the certificate of service on Plaintiff's Response indicates that it was served on Defendants' counsel on April 10, 2003, and counsel for Defendants did not receive Plaintiff's Response until April 11, 2003. Certificate of Service, attached hereto as Exhibit 1.

On April 4, 2003, this Court entered a Minute Order setting Defendants' deadline to file a Reply to Plaintiff's Response in Opposition to Defendant's Motion For Summary Judgment as April 18, 2003. Pursuant to Local Rule 105(2) and Local Rule 105(9), Defendants request an extension of their deadline for filing a Reply to April 21, 2003, allowing Defendants 11 days after the date of service of Plaintiff's Response to serve their Reply.

Additionally, after reviewing the docket in this case, it is apparent that Plaintiff filed a Motion for Permissive Joinder with this Court on April 4, 2003. By Minute Order, the Court set the deadline for Defendants' Response as April 21, 2003.

Again, it appears that Plaintiff did not properly file his Motion for Permissive Joinder and accompanying memorandum electronically, given that Defendants' counsel has been unable to access the documents through the Court's electronic filing system. Additionally, Defendants' counsel has yet to receive a service copy of Plaintiff's Motion for Permissive Joinder. This Court should deny Plaintiff's Motion For Permissive Joinder on the grounds that Plaintiff has failed to abide by Court rules regarding filing and service, and on the grounds that Plaintiff's deadline for joinder has long since passed. In

the alternative, the Court should extend Defendants' Response deadline to 14 days after proper service of Plaintiff's Motion.

Defendants' counsel has not been able to reach Plaintiff's counsel by telephone to discuss this matter.

WHEREFORE, Defendants respectfully request that the Court grant Defendants' motion for extension of time in which to file its Reply, and that the Court allow Defendants' Reply to be filed on April 21, 2003; and that this Court deny Plaintiff's Motion for Permissive Joinder. In the alternative, Defendants request that this Court extend their deadline for responding to Plaintiff's Motion for Permissive Joinder to 14 days after the date that Plaintiff effects proper service on Defendants.

Respectfully submitted,

By: _____/s/_____
Mary Jane Palmer
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Phone: (901) 434-8555
Facsimile: (901) 434-9271

Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
11th Floor, Sun Life Building
20 South Charles Street
Baltimore, MD 21201
(410) 752-1040
(410) 752-8861 (fax)

Counsel for Defendants

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing **DEFENDANTS' MOTION FOR EXTENSION OF TIME IN WHICH TO FILE DEFENDANTS' REPLY TO PLAINTIFF'S REPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND FOR DISMISSAL OF PLAINTIFF'S MOTION FOR PERMISSIVE JOINDER OR, IN THE ALTERNATIVE, AN EXTENSION OF DEFENDANTS' DEADLINE TO FILE A RESPONSE AND MEMORANDUM IN SUPPORT THEREOF** was electronically filed in this case on the 15th day of April 2003. In the event that counsel for Plaintiff is not registered with the Court, a paper copy will be served upon Brian K. McDaniel, and Kevin L. Chapple, 1211 Connecticut Avenue, NW, Suite 303, Washington, DC 20036, via U.S. Mail, postage prepaid on the 15th day of April, 2003.

                                        /s/
                                Eric Hemmendinger

81122