**DEFENDANT'S EXHIBIT 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| MICHAEL SHIELDS | ) |
| Plaintiff, | ) CIVIL ACTION: MJG02CV1783 |
| v. | ) |
| FEDERAL EXPRESS CORPORATION, AND PATRICK J. QUIRKE | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 10th day of April, 2003, a copy of the foregoing Motion in Opposition to Defendants' Motion for Summary Judgment and Memorandum in Support thereof was filed with the Clerk's office for the United States District Court for the District of Maryland and a copy was mailed by first class mail, postage prepaid to Eric Hemmendinger, Shawe & Rosenthal, LLP, Sun Life Building, 20 South Charles Street, Baltimore, MD 21201, and Mary Jane Palmer, Federal Express Corporation, 3620 Hacks Cross, Building B, 3rd Floor, Memphis, TN, 38125.

Brian K. McDaniel
Brian K. McDaniel, Esq.