IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| **AND PATRICK J. QUIRKE,** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**ORDER**

The Court, having considered the Motion for Extension of Time, hereby **GRANTS** the Motion. The schedule for the filings shall be as follows:

1. Defendants' Reply will be due on April 21, 2003.

2. Defendant's Response to Motion for Permissive Joinder will be due 14 days after Defendants receive the Motion.

**IT IS ORDERED:**

DATED:_____,2003        _____
                                                                              Judge Marvin J. Garbis