UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

MICHAEL SHIELDS                    *
                                   *
    Plaintiff                     *
                                   *
vs.                                *    Civil Action No. MJG 02CV1783
                                   *
FEDERAL EXPRESS CORPORATION,       *
                                   *
and                                *
                                   *
PATRICK J. QUIRKE                  *
                                   *
                                   *
    Defendants                    *
                                   *
*   *   *   *   *   *   *   *   *   *   *   *

**PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND RESPONSIVE PLEADING**

    Plaintiff, Michael Shields, by and through counsel, Brian K. McDaniel, Esq., and Kevin L. Chapple, Esq., pursuant to Fed. R. Civ. P. 15, respectfully moves this Honorable Court for leave to amend Plaintiff's pleading opposing Defendants Federal Express Corporation and Patrick J. Quirkes's Motion for Summary Judgment, and respectfully submit the following:

    1.    On March 12, 2003 Defendants' filed a Motion for Summary Judgment.

    2.    On March 31, 2003, Plaintiff filed a Motion in Opposition for Summary Judgment.

    3.    Upon information and belief this Honorable Court has not yet ruled on Defendants' motion.

4. On April 21, 2003, Defendants filed a pleading replying to Plaintiff's Response in Opposition to Defendants' Motion for Summary Judgment .

5. Plaintiff has informed Federal Express Corporation and Patrick J. Quirke, through its counsel, of his intention to move for leave to amend his pleading.

6. Fed. R. Civ. P. 15(a) states "A party may amend the party's pleading once as a matter of course at any time before a responsive pleading is served…Otherwise a party may amend the party's pleading only by leave of court or by written consent of the adverse party; and leave shall be freely given when justice so requires."

7. Plaintiff respectfully asserts that Plaintiff's amended pleading provides additional facts and evidence that bolster his opposition to Defendants Federal Express Corporation and Patrick J. Quirke's Motion for Summary Judgment, as well as,  provides this Honorable Court with additional facts and evidence to better ensuring that its ruling regarding this matter is fair and just to both parties.

8.  Granting Plaintiff's Motion for Leave to Amend Responsive Pleading will not be unfair to Defendants Federal Express Corporation and Patrick J. Quirke since under Rule 15 Defendants Federal Express Corporation and Patrick J. Quirke will have an additional opportunity to reply to Plaintiff's amended pleading if they so choose.

WHEREFORE, Plaintiff respectfully requests leave to amend his responsive pleading to Defendants' Motion for Summary Judgment.

Respectfully Submitted,

_____
Brian K. McDaniel, Esq.
Kevin L. Chapple, Esq.
1211 Connecticut Avenue, NW
Suite 303
Washington, DC  20036
(202) 331-0793
Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on this _____ day of _____, 2003 a copy of the foregoing documents have been electronically filed with the court and a paper copy mailed via First Class Mailing to:

Attorney Mary Jane Palmer
Federal Express Corporation
Senior Attorney
3620 Hacks Cross
Building B, 3rd Floor
Memphis TN 38125

&

Attorney Eric Hemmendinger
Shawe & Rosenthal, LLP
Sun Life Building
20 South Charles Street
Baltimore, MD 21201

                                                                              _____
                                                                              Brian K. McDaniel, Esq.
                                                                              Kevin Chapple, Esq.
                                                                              Attorneys for the Plaintiff
                                                                              1211 Connecticut Avenue
                                                                              Suite 303
                                                                              Washington, DC 20036
                                                                              202-331-0793

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHAEL SHIELDS | * | |
| Plaintiff | * | |
| vs. | * | Civil Action No. MJG 02CV1783 |
| FEDERAL EXPRESS CORPORATION, | * | |
| and | * | |
| PATRICK J. QUIRKE | * | |
| Defendants | * | |

\* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the Plaintiff's Motion for Leave of Court to Amend Responsive Pleading and all the information in the possession of this court, it is this

_____ day of _____, 2003

ORDERED, that the Plaintiff's Motion is hereby **Granted**.

_____
Honorable Judge