```
1      Q.   Joyce Perry?
2      A.   African American.
3      Q.   And Greg Thomas?
4      A.   Caucasian.
5      Q.   Now, these stations have various sizes.
6   Is that correct?  Some are larger than others and
7   some are responsible for a larger volume than
8   others?
9      A.   Yes.
10     Q.   And would you say BCB was the largest
11  station?
12     A.   Describe largest.
13     Q.   By volume.
14     A.   Yes.
15     Q.   Who was the senior manager responsible
16  for BCB prior to Mr. Shields assuming that
17  responsibility?
18     A.   It was before my tenure.
19     Q.   Do you know who it was though?
20     A.   It was Clint Barnes.
21     Q.   And DCA is a smaller station in terms of
```