57

1   volume than is BCB.  Correct?
2        A.   Yes.
3        Q.   And do you know who it is that decided to
4   transfer Mr. Barnes from BCB to DCA?
5        A.   My predecessor.
6        Q.   Which was who?
7        A.   Jeff Brown.
8        Q.   And is Jeff Brown the individual who
9   decided to place Mr. Shields in the BCB station as
10  senior manager?
11       A.   Yes.