1    goals was higher than at any of the other stations.

2    Was that fair to say?

3        A.   Based on the size of BCB that is fair to

4    say.

5        Q.   And in fact the operation level or the

6    performance level of that station was, the staffing

7    of that station was important in assessing the

8    performance level of that station?

9        A.   The staffing level of any station is

10   important in assessing the performance of that

11   station.

12       Q.   And you would also agree then that the

13   staffing issues, if BCB was understaffed, it would

14   effect BCB more heavily in terms of at least the

15   revenue generation numbers than it would some of

16   your smaller stations?

17       MS. PALMER:  Objection incomplete

18   hypothetical and calls for speculation.

19       THE DEPONENT:  It would effect the

20   overall people, service, profit performance of the

21   BCB station because inherently that was the largest

*Al Betz & Associates, Inc.*
Maryland 410-875-3376
Washington, D.C. 202-265-0015