123

1   station in the district.
2           BY MR. MCDANIEL:
3       Q.   And would you say that BCB experienced
4   more problems with understaffing than did any of
5   your other stations in the capital district?
6           MS. PALMER:  Objection, vague as to time.
7           BY MR. MCDANIEL:
8       Q.   While Michael Shields was a senior
9   manager.
10      A.   Based on the size of the BCB station, the
11  understaff or the inability to attract and retain
12  employees at the station level did effect the
13  performance of the district.
14      Q.   And you would say that that would have
15  even a greater effect on the BCB station pro rata
16  than any of the other stations based upon the size
17  of BCB?
18      A.   It would have more of an effect on the
19  district because of the size of the BCB station.
20      Q.   And also the station itself, because the
21  staffing controls the level of operation of your