124

1    particular station?

2              MS. PALMER:  Objection, assumes facts not

3    in evidence.

4              THE DEPONENT:  Ten percent of an employee

5    base at BCB would be much larger than ten percent

6    of an employee base at JPN.  Size and scope of a

7    BCB station was different.

8              BY MR. MCDANIEL: