11      Q.   And you hadn't gone to Mr. Barnes and
12 suggested to him that he be demoted. Right?
13 Correct?
14      A.   I did not suggest to Mr. Barnes that he
15 demote.
16      Q.   And it was not your intent to demote Mr.
17 Barnes. Correct?
18           MS. PALMER: Objection, vague.
19           BY MR. MCDANIEL:
20      Q.   At the time that he came and asked for
21 the demotion it wasn't your intent to ask for him

*Al Betz & Associates, Inc.*
Maryland 410-875-3376
Washington, D.C. 202-265-0015