1   to be demoted or to demote him. Correct? That's
2   why you hadn't said anything about it?
3       A.  We had discussed his performance to plan
4   previously.
5       Q.  Right.
6       A.  And he knew what his expectations were
7   and he knew what his alternative would be if he
8   could not turnaround his performance or the
9   performance of the station.
10      Q.  So, you told him this. You told him that
11  if in fact he didn't turnaround his performance at
12  the station that he would either be demoted or
13  terminated?
14      A.  Well, I would have to look at the
15  contents of the reminder letter.
16      Q.  That's fair enough. It was either or.
17  Right? It was either you didn't intend ever to
18  demote him at all or you gave him the option of
19  demotion or termination?
20          MS. PALMER:  Objection, assumes facts not
21  in evidence.