1           BY MR. MCDANIEL:

2       Q.   Fair enough?

3       A.   I don't understand that.

4       Q.   Well, I asked you whether or not you

5   intended to demote Mr. Barnes.  Your response to

6   me was that Mr. Barnes was aware of what his

7   performance review said, what his performance

8   planner said, which suggested that you were saying

9   that he knew either he had to turn it around or be

10  terminated or demoted.  Is that why you were

11  telling me that?

12      A.   Mr. Barnes was aware of his expectations.

13  He was aware of his performance to his plan.

14      Q.   I understand that.  I'm talking about

15  what you want.  Were you planning on demoting him?

16      A.   I wanted Clint Barnes to succeed.

17      Q.   I understand that.

18      A.   I want all the senior managers to

19  succeed.

20      Q.   I understand that. Mr. Quirke, I'm

21  asking a simple question.