1       A.   Well, I don't understand and I apologize.

2       Q.   Were you intending to demote him or not
3  when he asked for the demotion?

4       A.   The meeting in my office when he asked
5  for the demotion, was I asking him to take a
6  demotion?

7       Q.   No. I know the answer to that question
8  because you said that you did not ask him for the
9  demotion.

10      A.   Yes.

11      Q.   So, he came to you and asked for the
12 demotion citing personal reasons?

13      A.   Yes.

14      Q.   I'm asking you at that point in time was
15 it your intent to demote him?

16      A.   At that point in time it was not my
17 intention to demote him.

18      Q.   Was it your intention to terminate him at
19 that time?

20      A.   It was not my intention to terminate him.

21      Q.   And how long after he had submitted his