90

1      performance planner did he come to you asking for
2      the demotion?
3           A.   Several months.