```
18              THE DEPONENT:  I'm aware of Mr. Shields'
19     disagreement with me regarding disciplinary action
20     taken against an individual, former employee,
21     called Bobby Richardson.
```

*Al Betz & Associates, Inc.*
Maryland 410-875-3376
Washington, D.C. 202-265-0015