```
 1           BY MR. MCDANIEL:
 2      Q.   What is your understanding of the
 3 incident that involved Mr. Shields and Mr. Bobby
 4 Richardson?
 5      A.   There was an EEO complaint raised from
 6 the BCB Station from an African American employee
 7 regarding inappropriate language and conduct during
 8 the sort at BCB.  It involved specifically an
 9 employee named Bobby Richardson --
10      Q.   Who made the complaints?
11      A.   -- Richardson was the last name.
12      Q.   Might I ask who was the individual who
13 made the --
14      A.   An employee by the name of Carl Jones.
15      Q.   Mr. Jones complained that?
16      A.   Mr. Jones complained that Mr. Richardson
17 was making inappropriate comments on the belt
18 regarding his opinion on issues of race.
19      Q.   And do you recall what those opinions
20 were?
21      A.   The two issues that were brought up by
```