144

1      Mr. Richardson during conversations on the belt
2      that I remember was one regarding a conversation
3      that they had about the OJ Simpson trial where Mr.
4      Richardson allegedly said that he thought Johnny
5      Cochran was wrong.  I don't remember the
6      particulars, but something derogatory about Johnny
7      Cochran and his techniques during the trial.  The
8      second one was where he had said something during a
9      conversation that his family members in the past
10     were probably part of the Ku Klux Klan.
11          Q.   And he made these statements to
12     Mr. Jones?
13          A.   He made these statements during a
14     conversation with several employees on the belt
15     with Mr. Jones present and Mr. Jones took exception
16     and he filed an EEO complaint.
17          Q.   And what happened as a result of the EEO
18     complaint?
19          A.   As a result of the EEO complaint, again,
20     it was my job, along with human resources to
21     investigate.  I investigated the situation.  We had