```
 1    multiple interviews with employees, witness
 2    statements.  We had testimony from a manager saying
 3    that Mr. Richardson had called Mr. Shields a
 4    derogatory racial slur.
 5        Q.   What was that?
 6        A.   The word was nigger.
 7        Q.   And is that on one occasion or more than
 8    one occasion?
 9        A.   On one occasion.  And that was
10    essentially it.
11        Q.   Witness statements as it relates to Mr.
12    Richardson's statements on the belt that were
13    complained of by Mr. Jones, these witness
14    statements included individuals, not Mr. Jones, who
15    overheard what it is that Mr. Richardson was
16    saying?
17        A.   I have to refer back to the file.
18        Q.   Do you recall those accusations that were
19    made by Mr. Jones being corroborated?
20        A.   That Mr. Richardson had in fact had
21    discussions that involved saying that his ancestors
```