146

1 were part of the Ku Klux Klan and that Johnny

2 Cochran got OJ exonerated?

3     Q.   And any other inappropriate conversations

4 on the belt.

5     A.   May I make it contextual?

6     Q.   Sure.

7     A.   During this process what I found out

8 during the investigation during the process Mr.

9 Shields, Michael had a meeting with Mr. Richardson.

10 Obviously, there was some flack or, for lack of a

11 better word, flack is probably not a good word.

12 There was some issues with Mr. Jones. Mr. Jones

13 wasn't happy.  Mr. Shields had a meeting with Mr.

14 Richardson, don't really don't know what happened

15 in that meeting, but after the meeting Mr.

16 Richardson came back onto the belt with his

17 coworkers present and used a racial slur based on

18 what his impression of the meeting.

19     Q.   With Mr. Shields?

20     A.   With Mr. Shields.

21     Q.   And what did he say at that time?

*Al Betz & Associates, Inc.*
Maryland 410-875-3376
Washington, D.C. 202-265-0015