147

1     A.  Mr. Richardson allegedly said according
2 to a written statement that he came back after the
3 meeting and he had put that nigger in his place.
4     Q.  And this is after the EEO complaint that
5 was filed by Carl Jones?
6     A.  It was during the process.  I am not sure
7 of the exact time frame.  It was during this whole
8 process.
9     Q.  But is it your understanding that the
10 meeting between Mr. Richardson and Mr. Shields was
11 precipitated by the filing of Mr. Jones?
12     A.  I am not sure.  I know it was
13 precipitated by a complaint made by Mr. Jones
14 regarding Mr. Richardson's actions.
15     Q.  And did you speak with Mr. Shields about
16 the substance of the conversation between he and
17 Mr. Richardson that Mr. Richardson was referring to
18 when he got back to the belt and said he had put
19 that nigger in his place?
20     A.  Mr. Shields told me that he never made
21 that comment during the conversation that he had.