1       Q.   I'm sorry?

2       A.   Mr. Richardson never said that during his
3  conversation or his meeting with Mr. Shields.

4       Q.   What did Mr. Shields tell you that he did
5  say?

6       A.   I don't know.  I don't remember the
7  specifics, but essentially the meeting was Mr.
8  Shields asking Mr. Richardson what were the issues,
9  what was his problem essentially, why was he acting
10 this way during the operation.

11      Q.   And what was the outcome of Mr. Jones'
12 EEO complaint as it related to the statements that
13 were being made by Mr. Richardson on the belt?

14      A.   Mr. Richardson was suspended during the
15 process as we investigated.  Based upon our
16 investigation Mr. Richardson was brought back to
17 work with a warning letter and a designation for
18 him to be moved from the station due to his now bad
19 relationship with the senior manager.

20      Q.   Okay.

21      A.   Mr. Shields.