149

1    Q.   And was there any consideration given
2    to -- would you say that Mr. Richardson's
3    statements were insensitive?
4    A.   Absolutely.
5    Q.   And would you say that the statements
6    were inappropriate?
7    A.   Absolutely.
8    Q.   But you would say though that there is a
9    place in Federal Express for individuals with Mr.
10   Richardson's type of mentality?
11        MS. PALMER:  Objection to the
12   characterization and calls for speculation and
13   vague.
14        BY MR. MCDANIEL:
15   Q.   Well, in light of him making the
16   inappropriate comments and in light of him being
17   insensitive and in light of the representations he
18   made about his family, it was your decision to
19   still bring him back with a warning letter.
20        Correct?
21   A.   Yes.