IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| **FEDERAL EXPRESS CORPORATION,** | ) |
| **AND PATRICK J. QUIRKE** | ) |
| | ) |
| **Defendants.** | ) |
| | ) |

**DEFENDANTS' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND RESPONSIVE PLEADING**

**I.    INTRODUCTION**

Defendants, Federal Express Corporation ("FedEx") and Patrick J. Quirke, hereby file their Response in Opposition to Plaintiff's Motion for Leave of Court to Amend Responsive Pleading. Defendants filed their motion for summary judgment on March 13, 2003. Defendants agreed to an extension of Plaintiff's deadline for filing a Response to Defendant's Motion for Summary Judgment to April 4, 2003. Plaintiff filed his Response in Opposition to Defendants' Motion for Summary Judgment on April 4, 2003. Defendants filed their Reply on April 21, 2003. Plaintiff now seeks leave of Court to amend his Response to Defendants' Motion for Summary Judgment. Plaintiff's motion should be denied, and the deposition excerpts filed with Plaintiff's amended Response in Opposition to Defendants' Motion for Summary Judgment should be stricken. (Attachments 3-21 to docket number 23).

II. **THIS COURT SHOULD DENY PLANTIFF'S MOTION AND STRIKE THE DEPOSITION EXCERPTS ATTACHED TO PLAINTIFF'S AMENDED RESPONSE IN OPPOSITION TO DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Plaintiff seeks leave of Court to amend his Response in Opposition to Defendants' Motion for Summary Judgment under Fed. R. Civ. P. 15. Fed. R. Civ. P. 15 provides no such authority. Rule 15 permits amendment of pleadings, not responses to motions. Fed. R. Civ. P. 15; Fed. R. Civ. P. 7. Accordingly, Rule 15 has no application here.

While Plaintiff's Motion For Leave of Court to Amend Responsive Pleadings indicates that Plaintiff seeks leave to amend in order to provide "additional facts and evidence that bolster his opposition to Defendants Federal Express Corporation and Patrick J. Quirke's Motion For Summary Judgment," Defendants' review of both filings entitled "Response in Opposition to Defendants' Motion for Summary Judgment" (Docket number 23, Attachments 1 and 2), reveals no changes from the original (Docket number 19) but for the attachment of deposition pages. The Court is not obligated to consider evidence that is not timely presented. *Mack v. State Farm Mutual Auto. Ins. Co.*, Nos. 99-2315, 97 C 1207, 2000 U.S. App. LEXIS 1012, at * 13 (7th Cir. Jan. 20, 2000) (copy attached), *cert. denied*, 531 U.S. 880 (2000); *Uhl v. Zalk Josephs Fabricators, Inc.*, 121 F.3d 1133, 1135 (7th Cir. 1997). Defendants request that this Court deny consideration of Plaintiff's late-filed deposition pages here, particularly given that Plaintiff has already had one extension of time to file his Response and given that Defendants have already filed their Reply. Accordingly, this Court should deny Plaintiff's Motion to Amend and strike Plaintiff's attachments.[1]

---

[1] Even if the Court were to consider Plaintiff's late-filed exhibits (which it should not), summary judgment for Defendants on all claims is appropriate for the reasons stated in Defendants' motion for summary judgment, supporting memorandum and exhibits, and Defendants' Reply.

**CONCLUSION**

For the foregoing reasons, this Court should deny Plaintiff's Motion to Amend and strike the attachments to Plaintiff's amended Response in Opposition to Defendants' Motion for Summary Judgment.

Respectfully submitted,

By: _____/s/_____

Mary Jane Palmer
Federal Express Corporation
3620 Hacks Cross Road
Building B, Third Floor
Memphis, Tennessee 38125
Phone: (901) 434-8555
Facsimile: (901) 434-9271

Eric Hemmendinger
SHAWE & ROSENTHAL, LLP
11th Floor, Sun Life Building
20 South Charles Street
Baltimore, MD 21201
(410) 752-1040
(410) 752-8861 (fax)

Counsel for Defendants

**CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing **RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE OF COURT TO AMEND RESPONSIVE PLEADING** was electronically filed in this case on the 7th day of May, 2003. In the event that counsel for Plaintiff is not registered with the Court, a paper copy will be served upon Brian K. McDaniel, and Kevin L. Chapple, 1211 Connecticut Avenue, NW, Suite 303, Washington, DC 20036, via U.S. Mail, postage prepaid on the 7th day of May, 2003.

                                                                                       /s/

478124