IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| MICHAEL SHIELDS | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. MJG 02CV1783 |
| | ) |
| FEDERAL EXPRESS CORPORATION, AND PATRICK J. QUIRKE | ) ) |
| Defendants. | ) |

## ORDER

**UPON CONSIDERATION**, of all the facts submitted by Plaintiffs' attorney in the aforementioned matter the Plaintiff's Motion for Permissive Joinder of Parties is hereby **GRANTED** this ___21st___ day of ___May___, 2003.

Rva Pendleton is joined as a party Plaintiff in this action

/s/
_____
Marvin J. Garbis
United States District Judge

10