IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| **MICHAEL SHIELDS** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | **CIVIL ACTION NO. MJG 02CV1783** |
| ) | |
| **FEDERAL EXPRESS CORPORATION,** ) | |
| **AND PATRICK J. QUIRKE** ) | |
| ) | |
| **Defendants.** ) | |
| ) | |

### DEFENDANTS' MOTION TO RECONSIDER ORDER PERMITTING JOINDER OF RVA PENDLETON AS A PARTY AND TO DENY PLAINTIFF'S MOTION FOR PERMISSIVE JOINDER

Defendants, Federal Express Corporation ("Federal Express") and Patrick J. Quirke, through counsel, hereby move this Court to reconsider its Order granting Plaintiff's Motion for Permissive Joinder to add Rva Pendleton as a Plaintiff and to deny Plaintiff's Motion for Permissive Joinder. This Court should reconsider its Order and should deny Plaintiff's Motion for Permissive Joinder for the following reasons: Plaintiff failed to serve Defendants with his Motion for Permissive Joinder as required under Fed. R. Civ. P. 5(a), amendment of Plaintiff's Complaint to add Rva Pendleton as a Plaintiff is inappropriate under Fed. R. Civ. P. 15, Plaintiff has failed to establish that joinder is proper under Fed. R. Civ. P. 20, and Plaintiff has not shown good cause for an extension of this Court's Scheduling Order deadlines as required under Fed. R. Civ. P. 16(b). The grounds and bases for this motion are set forth in the memorandum and exhibit filed contemporaneously herewith.

DATED: June _____, 2003.

        Respectfully submitted,

_____
Eric Hemmendinger
SHAW & ROSENTHAL, LLP
Sun Life Building, 20 South Charles Street
Baltimore, MD  21201
410-752-1040-Telephone
410-752-8861-Facisimile

Mary Jane Palmer
FEDERAL EXPRESS CORPORATION
3620 Hacks Cross
Building B, 3rd Floor
Memphis, TN  38125
901-434-8555-Telephone
909-434-9271-Facisimile

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing **DEFENDANTS' MOTION TO RECONSIDER ORDER PERMITTING JOINDER OF RVA PENDLETON AS A PARTY AND TO DENY PLAINTIFF'S MOTION FOR JOINDER** was electronically filed in this case on the 2d day of May 2003. In the event that counsel for Plaintiff is not registered with the Court, a paper copy will be served upon Brian K. McDaniel, and Kevin L. Chapple, 1211 Connecticut Avenue, NW, Suite 303, Washington, DC 20036, via U.S. Mail, postage prepaid on the 2d day of May, 2003.

_____

doc 481412