IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)

| | |
|---|---|
| MICHAEL SHIELDS           ) | |
| )| |
| Plaintiff,                ) | |
| )| |
| v.                        ) | CIVIL ACTION NO. MJG 02CV1783 |
| )| |
| FEDERAL EXPRESS CORPORATION, ) | |
| AND PATRICK J. QUIRKE     ) | |
| )| |
| Defendants.               ) | |
| )| |

---

**DECLARATION OF KIMBERLY GILLUM IN SUPPORT OF DEFENDANT'S
MOTION TO RECONSIDER ORDER PERMITTING JOINDER OF
RVA PENDLETON AS A PARTY AND TO DENY PLAINTIFF'S MOTION FOR
PERMISSIVE JOINDER**

---

I, Kimberly Gillum, being first duly sworn, do hereby state as follows:

1. I am over the age of twenty-one (21) and I am employed with Federal Express Corporation ("FedEx") as a Senior Paralegal in the Subpoena Group. I am a custodian of records for FedEx.

2. As such, I am familiar with the employee records compiled and maintained by FedEx during the ordinary course of business. Federal Express maintains the below-described record in the ordinary course of its business.

3. Attached hereto as Attachment A is a true and correct copy of the Charge of Discrimination filed by Rva Pendleton with the Fairfax County, Virginia Human Rights Commission, and sent to Federal Express by the Commission.



EXHIBIT 1

4. Attached hereto as Attachment B is a true and correct copy of the Notice of Charge of Discrimination regarding Ms. Pendleton's charge sent to Federal Express by the Equal Employment Opportunity Commission on November 15, 2002.

I declare under penalty of perjury, pursuant to 26 U.S.C. Section 1746, that the foregoing statements are true and correct.

FURTHER DECLARANT SAITH NOT

EXECUTED at Memphis, TN this 2nd day of June, 2003.

_____
Kimberly Gillum

481409

2