

**FAIRFAX COUNTY**
V I R G I N I A

HUMAN RIGHTS COMMISSION
12000 Government Center Parkway, Suite 318
Fairfax, Virginia 22035-0093

www.co.fairfax.va.us/hrc

Telephone: 703-324-2953     Fax: 703-324-3570     TTD: 703-324-2900

HRC # 2002 427 E
EEOC # _____

**COMPLAINANT:**

NAME: Ms. Rva Pendleton                                          PHONE: (H) (703) 433-1178
ADDRESS: 20679 Glenbrook Terrace, Apt. #202    CITY: Sterling    STATE: Virginia    ZIP: 20165

**RESPONDENT:**

NAME: Federal Express                                            PHONE: (800) 463-3339
ADDRESS: 13500 Eds Drive                         CITY: Herndon    STATE: Virginia    ZIP: 20171

**CLASSIFICATION OF COMPLAINT:**

| ISSUE | BASIS | |
|---|---|---|
| ☐ Credit Facilities | ☐ Age (Over 40) | ☒ Sex |
| ☐ Education | ☐ Color | ☒ Race |
| ☒ Employment | ☐ Marital Status | ☒ Disability |
| ☐ Housing | ☐ Religion | ☐ Familial Status |
| ☐ Public Accommodations | ☐ National Origin | ☐ Other |
| | ☒ Retaliation | |

EXHIBIT A

Please state the nature of your complaint:

I am a Black female. The respondent hired me on October 13, 1997 as a courier. I became an operations manager on August 1, 1999, and the respondent company, in that position currently still employs me. I have performed my duties well during the course of my employ. However, despite my exemplary performance, I was demoted on July 1, 2001, to the position of p.m. sort, and have further been subjected to harassment, ostracism, and resistance to accommodate my disability. I believe that for the foregoing reasons, in part, the respondent has both discriminated and retaliated against me on the basis of my race, sex, and disability, and has further initiated a pattern and practice of discrimination against other Black employees:

1.      On August 12, 2000, a female employee (White) accosted me in my office because Mr. Clifton Dalton (White), a manager, informed her that she could not work that day. The employee, who was screaming, demanded that I contact Mr. Michael Shields (Black), Senior Manager, regarding her dispute with Mr. Dalton. I informed the employee that her behavior was inappropriate. She threw a book at Mr. Dalton, and myself and walked out of my office. We followed her in order to suspend her for her conduct, but she subsequently turned around and began to accost me, and later pushed me. Mr. Dalton and she then entered the breakroom, and began to yell at each other. The employee was subsequently terminated and then subsequently reinstated. Mr. Shields later contacted me and informed me that Mr. Pat Quirke (White), Director instructed him to issue a Warning Letter to me, for alleged leadership failure and incitement during the incident. I objected, and inquired if Mr. Dalton would receive such a letter, because he had actually raised his voice when confronting the employee. Mr. Shields answered in the negative, and the respondent subsequently issued a disciplinary action to me. When I inquired of Mr. Quirke why I was being issued the disciplinary action, I was informed that although no internal investigations was conducted into my conduct, and further, witnesses stated that I had comported myself appropriately, the decision was based on the negative report of Mr. Dalton.

COMPLAINANT: Ms. Rva Pendleton
Page 2

2.      From May 2001 until April 2002, my supervisor was Mr. Dan Barnd (White). I consistently performed well, exceeding my positional requirements. Despite my exemplary performance, Mr. Barnd failed to supply me with the requisite biannual performance evaluations. The company computer thereby automatically based my annual salary increases, on my last available evaluation score, which had been rendered by the previous supervisor. I therefore was never paid a salary increase commensurate with my actual efforts during the time period that Mr. Barnd was my supervisor. My white counterparts, however, received their biannual performance evaluations from Mr. Barnd. On July 1, 2001, Mr. Barnd also demoted me to the position of p.m. sort, an evening position, despite the fact that there were four other employees (White), with less seniority, in my department. Mr. Barnd has also verbally harassed me in front of my colleagues, and both he and Ms. Ellen McCoy, my current supervisor, have participated in ostracizing me from my similarly situated White colleagues in the workplace.

3.      On January 16, 2002 I utilized my accrued leave to have knee surgery, and returned on March 18, 2002. My physician required that I be reduced to light duty, because of my disability. I was required by the company to submit a Physical Capacity Form regarding that requirement. However, although the company's light duty policy requires a shift of only 5 ½ hours, Mr. Barnd would frequently supply me with work that extended my shift to 7 hours. He further attempted to schedule my duties during the times in which I was required to attend physical therapy sessions, of which I had previously notified him. Additionally, Mr. Barnd told me that I was a liability to the company, because of my light duty status. Moreover, I learned that two other employees (White) were not required to submit the Physical Capacity Form with regard to their disabilities, and one of these employees is also permitted to work a part-time shift at full-time pay. Further, Mr. Barnd and my current supervisor, Ms. Ellen McCoy, attempted to prevent me from obtaining the full pay-out of my accrued vacation time, and the latter would not authorize the reimbursement of undergraduate classes that I had taken, in violation of company policy. I believe that these events were effected in retaliation for the decision of another district's supervisor to ultimately overturn the disciplinary action that had been previously issued against me.

4.      The respondent has further engaged in the pattern and practice of demoting and failing to promote Black employees. For example, in July 2000, the company arbitrarily promoted and then demoted a Black female senior manager, due to the arbitrary determination that her jurisdiction was too large. In February 2001, the respondent hired an outside White male as a senior manager, bypassing the foregoing Black female employee and also another Black male employee, both of whom were well qualified for the position. Further, in May 2001, I was informed that my office would be staffed by three White male managers, because according to the management staff, it was determined that we "had too many Black managers" at our location.

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information or belief.

_____
(Signature of Complainant)

Date received by
Human Rights Commission _____

PendletonRvaIU.com2