**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Civil Division)**

| | | |
|---|---|---|
| **MICHAEL SHIELDS** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| v. | ) | **CIVIL ACTION NO. MJG 02CV1783** |
| | ) | |
| **FEDERAL EXPRESS CORPORATION,** | ) | |
| **AND PATRICK J. QUIRKE** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**ORDER GRANTING DEFENDANTS' MOTION TO RECONSIDER ORDER PERMITTING JOINDER OF RVA PENDLETON AS A PARTY AND TO DENY PLAINTIFF'S MOTION FOR PERMISSIVE JOINDER**

THIS MATTER having been opened to the Court by Mary Jane Palmer and Eric Hemmendinger, attorneys for Defendants, Federal Express Corporation and Patrick J. Quirke, for reconsideration of Plaintiff's Motion for Permissive Joinder and for an Order denying Plaintiff's motion to add Rva Pendleton as a Plaintiff, and the Court having reviewed the Motion papers, the memorandum filed in support of the Motion, all papers in opposition thereto, and for good cause having been shown,

IT IS on this _____ day of _____, 2003:

ORDERED that Defendants' motion to reconsider order granting Plaintiff's motion for permissive joinder shall be and is granted; and it is

FURTHER ORDERED that, upon reconsideration, Plaintiff's motion for permissive joinder of Rva Pendleton as a Plaintiff in this matter is hereby denied; and it is

FURTHER ORDERED that a copy of this Order shall be served upon counsel for all parties within 10 days of the date hereof.

2

_____
UNITED STATES DISTRICT COURT JUDGE

_____
DATE

doc 481416

2