```
          IN THE UNITED STATES DISTRICT COURT
            FOR THE DISTRICT OF MARYLAND
```

MICHAEL SHIELDS                    *

       Plaintiff           *

    vs.                         *CIVIL ACTION NO. MJG-02-1783

FEDERAL EXPRESS CORPORATION,       *
et al.
       Defendants          *

\*     \*     \*     \*     \*     \*     \*     \*     \*

## JUDGMENT ORDER

By separate order issued this date, the Court has granted the Defendants' Motion for Summary Judgment.

Accordingly:

1. Judgment shall be, and hereby is, entered in favor of Defendants Federal Express Corporation and Patrick Quirke against Plaintiff Michael Shields dismissing all claims with prejudice with costs.

2. Any and all prior rulings disposing of any claims against any parties are incorporated by reference herein.

3. This Order shall be deemed to be a final judgment within the meaning of Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, on Friday, June 20, 2003.

                                    / s /
                             Marvin J. Garbis
                     United States District Judge