JUDGMENT

FILED: January 19, 2005

UNITED STATES COURT OF APPEALS

for the

Fourth Circuit

NO. 03-2103
CA-02-1783-MJG

MICHAEL D. SHIELDS

    Plaintiff - Appellant

and

RVA PENDLETON

    Plaintiff

FEDERAL EXPRESS CORPORATION; PATRICK J. QUIRKE

    Defendants - Appellees

---

Appeal from the United States District Court for the District of Maryland at Baltimore

---

In accordance with the written opinion of this Court filed this day, the Court affirms the judgment of the District Court.

A certified copy of this judgment will be provided to the District Court upon issuance of the mandate  The judgment will take effect upon issuance of the mandate.

/s/ Patricia S. Connor
─────────────────────────
              CLERK