NOTICE OF ISSUANCE OF MANDATE

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

February 0, 2005

MANDATE

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2005 FEB 11  A 9: 19

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

TO: Clerk, District Court/Agency

FROM: Cathi Eubanks
      Deputy Clerk

   03-2103 Shields v. Federal Express Corp
   CA-02-1783-MJG

HEREWITH IS THE MANDATE OF THIS COURT, ISSUED THIS DATE,
ON THE JUDGMENT ENTERED BY THE COURT ON 1/19/05.

[ ] Order and Certified Copy of Judgment
[x] Opinion and Certified Copy of Judgment
[ ] Order on Costs
[ ] Order dismissing appeal R42(b) or Local Rule 45
[ ] Other: _____
[ ] The record has been retained for use in case number _____

   Michael Edwin Gabel
   Richard Lee Swick