## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**(Civil Division)**

| | |
|---|---|
| **MICHAEL SHIELDS,** | |
| **Plaintiff,** | **CIVIL ACTION NO. MJG 02CV1783** |
| **v.** | |
| **FEDERAL EXPRESS CORPORATION,** | |
| **AND PATRICK J. QUIRKE** | |
| **Defendants.** | |

---

### AFFIDAVIT OF JOHN PERRINE

I, John Perrine, being duly sworn under penalty of perjury, do depose and state the following under oath:

1.     I am an Associate Paralegal employed in the Legal Department at the corporate headquarters of Federal Express Corporation in Memphis, Tennessee. My business address is 3620 Hacks Cross Road, Building B - Second Floor, Memphis, Tennessee 38125.

2.     In my capacity as Associate Paralegal, I am custodian of Defendant Federal Express Corporation's billing records, am authorized to authenticate them under

oath and am authorized to make this affidavit on its behalf. I have reviewed the company documents related to this matter and on that basis, have personal knowledge of the facts stated herein and could competently testify thereto if called to do so.

3.    I certify that Exhibit A attached hereto is a true and correct copy of an invoice from the law firm of Shawe & Rosenthal, LLP, dated March 13, 2003, in the amount of $430.30, for subpoena service charges in the matter of <u>Michael Shields v. Federal Express Corporation and Patrick J. Quirke</u>, civil action number MJG 02CV1783, FedEx matter number 60-7729, and that FedEx paid the costs reflected on the said bill in the normal course of litigation.

4.    I certify that Exhibit B attached hereto are true and correct copies of two invoices from Al Betz & Associates, Inc., one of which is dated January 18, 2003, for the deposition of Plaintiff, Michael Shields, in the amount of $1,634.13, and the other dated January 30, 2003, for the depositions of Michael Shields and Patrick J. Quirke, in the amount of $822.41, identifying a total of $2,456.54 in charges for court reporter fees, in the matter of <u>Michael Shields v. Federal Express Corporation and Patrick J. Quirke</u>, civil action number MJG 02CV1783, FedEx matter number 60-7729, and that FedEx paid the costs reflected on the said bills in the normal course of litigation.

5.    I certify that Exhibit C attached hereto are true and correct copies of thirteen redacted invoices from the law firm of Shawe & Rosenthal, LLP., the first of which is dated August 13, 2002, in the amount of $10.60; the second invoice is dated September 13, 2002, in the amount of $30.60; the third invoice is dated November 11, 2002, in the amount of $29.80; the fourth invoice is dated December 9, 2002, in the amount of $7.40; the fifth invoice is dated January 13, 2003, totaling the amount of

$311.75; the sixth invoice is dated March 13, 2003, in the amount of $20.40; the seventh invoice is dated April 10, 2003, in the amount of $54.80; the eighth invoice is dated May 13, 2003, in the amount of $1.40; the ninth invoice is dated June 12, 2003, totaling the amount of $40.38; the tenth invoice is dated July 10, 2003, in the amount of $11.80; the eleventh invoice is dated January 15, 2004, in the amount of $12.60; the twelfth invoice is dated February 27, 2004, in the amount of $12.60; and the thirteenth invoice is dated December 13, 2004, in the amount of $51.60, identifying a total of $595.73 in photocopying and copy service charges, in the matter of <u>Michael Shields v. Federal Express Corporation and Patrick J. Quirke</u>, civil action number MJG 02CV1783, FedEx matter number 60-7729, and that FedEx paid the costs reflected on the said bills in the normal course of litigation.

FURTHER AFFIANT SAITH NOT.

_____
JOHN PERRINE

Sworn to and subscribed before me
this 17 day of February, 2005.

_____
NOTARY PUBLIC

My Commission Expires:

MY COMMISSION EXPIRES OCT 10, 2006.

KAREN D McNEIL
NOTARY
PUBLIC
AT
LARGE
SHELBY CO., TENNESSEE

# EXHIBIT A

LAW OFFICES

## SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

March 13, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.    23757

Fed. I.D. No. 52-0850234

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through February 28, 2003 with
respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

RECEIVED
MAR 17 2003

DISBURSEMENTS

Process Server                                          380.30
Investigative Services (Subpoena Compliance)     50.00

# EXHIBIT B

fax: (410) 875-2857

## *Al Betz & Associates, Inc.*
**P. O. Box 665**   v.c. 2875
**Westminster, MD 21158**
**(410) 752-1733 / (410) 875-DEPO**

DAO - 5

**To:**   Federal Express Corporation
3620 Hacks Cross
Building B, Third Floor
Memphis, TN 38125

**Att:** Mary Jane Palmer, Esquire
**Job #** SH23169S
**Case:** Michael Shields
vs. Federal Express Corp. and P.J. Quirke

**Case #** MJG02CV1783

**Invoice #**   96470
**Date:**   1/18/2003

**Terms:** Payable Upon Receipt
EIN:  52-1111786

| Description | Date | Reporter | Pages | Rate | Amount |
|---|---|---|---|---|---|
| Original Transcript of the Deposition of Michael D. Shields -- Expedited Delivery | 1/4/2003 | SH | 287 | 4.85 | 1,391.95 |
| Saturday Attendance Fee -- Full day | | | | 200.00 | 200.00 |
| Ascii disk, Minuscript, Index - N/C | | | | 0.00 | 0.00 |
| Shipping & Handling | | | | 42.18 | 42.18 |
| MD Sales Tax | | | | 5.00% | 0.00 |

Please visit us on the Web:
www.albetzreporting.com

**Total**  $1,634.13

**Al Betz & Associates, Inc.**

P. O. Box 665
Westminster, MD 21158
(410) 752-1733 / (410) 875-DEPO

# INVOICE

**To:**  Federal Express Corporation
3620 Hacks Cross
Building B, Third Floor
Memphis, TN 38125

**Att:**  Mary Jane Palmer, Esquire
**Job #** SD231881,2
**Case:** Michael Shields
vs. Federal Express Corp. and P.J. Quirke

**Case #**  MJG02CV1783

**Invoice #**  96507
**Date:**  1/30/2003

**Terms:** Payable Upon Receipt
EIN:  52-1111786

APR 2 3

| Description | Date | Reporter | Pages | Rate | Amount |
|---|---|---|---|---|---|
| Original Transcript of the Deposition of Michael Shields, Volume II | 1/18/2003 | SD | 119 | 3.60 | 428.40 |
| Copy of Transcript of the Deposition of Patrick J. Quirke | 1/18/2003 | SD | 164 | 2.20 | 360.80 |
| Ascii disk, Minuscripts, Word Indexes - N/C | | | | 0.00 | 0.00 |
| Exhibit Copying | | | 4 | 0.25 | 1.00 |
| Shipping & Handling | | | | 32.21 | 32.21 |
| MD Sales Tax | | | | 5.00% | 0.00 |

Please visit us on the Web:
www.albetzreporting.com

**Total**  $822.41

# EXHIBIT C

LAW OFFICES

## SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

August 13, 2002

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.    21975

Fed. I.D. No. 52-0850234

Attention:Mary Jane Palmer, Esq

For Professional Services rendered through July 31, 2002 with respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

AUG 19

DISBURSEMENTS

Photocopying

10.60

LAW OFFICES

SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET
BALTIMORE, MD 21201
www.shawe.com

1040

September 13, 2002

Federal Express Corporation                    Invoice No.      22239
3620 Hacks Cross Road
Building B, 3rd Floor              Fed. I.D. No. 52-0850234
Memphis, TN 38125

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through August 31, 2002 with
respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

CONTINUATION
SHAWE & ROSENTHAL, LLP

Federal Express Corporation
Page  2


                DISBURSEMENTS



Photocopying                            30.60

LAW OFFICES

# SHAWE & ROSENTHAL, LLP

20 S. CHARLES STREET
BALTIMORE, MD 21201                                        410-752-1040
www.shawe.com

November 11, 2002

Federal Express Corporation                    Invoice No.    22784
3620 Hacks Cross Road
Building B, 3rd Floor                  Fed. I.D. No. 52-0850234
Memphis, TN 38125

NOV 18

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through October 31, 2002 with
respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

CONTINUATION

Sʜᴀᴡᴇ & Rᴏsᴇɴᴛʜᴀʟ, ʟʟᴘ

Federal Express Corporation
Page  2

Photocopying                          29.80

LAW OFFICES

## SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

December 9, 2002

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.    22982

Fed. I.D. No. 52-0850234

Attention: Mary Jane Palmer, Esq.

For Professional Services rendered through November 30, 2002 with
respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

RECEIVED
DEC 1 3 2002

DISBURSEMENTS

Photocopying                                           7.40

LAW OFFICES

# SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

JAN 0 7

January 13, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.      23338

Fed. I.D. No. 52-0850234

Attention: Mary Jane Palmer, Esq.

For Professional Services rendered through December 31, 2002 with respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

## DISBURSEMENTS

Copy Service                          310.15

Photocopying                          1.60

LAW OFFICES

# SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

March 13, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.    23757

Fed. I.D. No. 52-0850234

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through February 28, 2003 with respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

RECEIVED
MAR 17 2003

E

## DISBURSEMENTS

Photocopying                                        20.40

LAW OFFICES

## SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

April 10, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.      24035
Fed. I.D. No. 52-0850234

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through March 31, 2003 with
respect to the following:

**Michael Shields v. Federal Express
Case No. MJG 02CV 1783
FedEx Matter No. 60-7729**



        DISBURSEMENTS

Photocopying                                    54.80

LAW OFFICES

# SHAWE & ROSENTHAL, LLP

20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

May 13, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.   24229

Fed. I.D. No. 52-0850234

Attention: Mary Jane Palmer, Esq.

For Professional Services rendered through April 30, 2003 with
respect to the following:

RECEIVED
MAY 19

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

DISBURSEMENTS

Photocopying                                    1.40

LAW OFFICES

**SHAWE & ROSENTHAL, LLP**
20 S. CHARLES STREET, 11TH FLOOR
**BALTIMORE, MD 21201**
www.shawe.com



410-752-1040

June 12, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.    24463

Fed. I.D. No. 52-0850234

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through May 31, 2003 with
respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

DISBURSEMENTS

Copy Service                3.78
Photocopying               36.60



# SHAWE
# ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

**shawe.com**

January 15, 2004

Michael E. Gabel
Esquire
Federal Express
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125

Invoice No.    26404
Fed. I.D. No. 52-0850234

For Professional Services rendered through December 31, 2003 with respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**



RECEIVED
JAN 2 1 2004

## DISBURSEMENTS

Photocopying                    12.60

LAW OFFICES

## SHAWE & ROSENTHAL, LLP
20 S. CHARLES STREET, 11TH FLOOR
BALTIMORE, MD 21201
www.shawe.com

410-752-1040

July 10, 2003

Federal Express Corporation
3620 Hacks Cross Road
Building B, 3rd Floor
Memphis, TN 38125

Invoice No.    24768

Fed. I.D. No. 52-0850234

Attention:Mary Jane Palmer, Esq.

For Professional Services rendered through June 30, 2003 with
respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

## DISBURSEMENTS

Photocopying

11.80

JUL 15

# SHAWE
# ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

**shawe.com**

February 27, 2004

Michael E. Gabel
Esquire
Federal Express
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125

Invoice No.      26859
Fed. I.D. No. 52-0850234

For Professional Services rendered through January 31, 2004 with respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

## DISBURSEMENTS

Photocopying                               12.60

# SHAWE
# ROSENTHAL LLP

20 S. Charles Street
11th Floor
Baltimore, MD 21201
P: 410-752-1040
F: 410-752-8861

**shawe.com**

December 13, 2004

Michael E. Gabel, Esquire

Invoice No.     29588
Fed. I.D. No. 52-0850234

Federal Express
3620 Hacks Cross Road
Building B, Third Floor
Memphis, TN 38125

For Professional Services rendered through November 30, 2004 with respect to the following:

**Michael Shields v. Federal Express**
**Case No. MJG 02CV 1783**
**FedEx Matter No. 60-7729**

DISBURSEMENTS

Photocopying                                    51.60

DEC 2 0 2004